Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Industrial Staple Sales and Construction Supply Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4262782** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1748 North Aurora Rd.**<br>**Naperville, IL**<br>      ZIP Code **60563** | Street Address of Joint Debtor (No. and Street, City, and State):<br>      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Kyle Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL**<br>      ZIP Code **60540** | Mailing Address of Joint Debtor (if different from street address):<br>      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☒ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Industrial Staple Sales and Construction Supply Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |
|---|

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |
|---|

| Name of Debtor: **Kyle Kotrba** | Case Number: **To be determined** | Date Filed: **7/31/07** |
|---|---|---|
| District: **Northern District of Illinois, Eastern Division** | Relationship: **Sole Shareholder** | Judge: **John Squires** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>   _____<br>   (Name of landlord that obtained judgment)<br><br><br><br>   _____<br>   (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                     FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Industrial Staple Sales and Construction Supply Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Kent A. Gaertner**
    Signature of Attorney for Debtor(s)

   **Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

   **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

   **400 S. County Farm Road**
   **Suite 330**
   **Wheaton, IL 60187**

Address


   **630-510-0000  Fax: 630-510-0004**
Telephone Number

   **July 31, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kyle Kotrba**
    Signature of Authorized Individual

   **Kyle Kotrba**
Printed Name of Authorized Individual

   **President and Sole Shareholder**
Title of Authorized Individual

   **July 31, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**

Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 9 | 323,774.21 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 352,382.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 450,649.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 323,774.21 | | |
| Total Liabilities | | | | 803,031.70 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Industrial Staple Sales and Construction Supply Company, Inc.** ,    Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re    **Industrial Staple Sales and Construction Supply Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

Form B6B
(10/05)

In re    **Industrial Staple Sales and Construction Supply Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Corporate Checking account at Amcore Bank** | - | 25,500.00 |
| | | **Corporate checking account at LaSalle Bank** | - | 4,274.21 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord Angela Baumgartner, 5421 Maurus Ct. Lisle, IL. 60532** | - | 2,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **31,774.21**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **Industrial Staple Sales and Construction Supply Company, Inc.** ,          Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable- See list attached to Schedule B (Approx. $5000 worth of receivables collected subsequesnt to list being created.)** | - | 149,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **149,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6B
(10/05)

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No. _____

                                                                        ,

                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Sprinter 2500 Van w/98k miles** | - | **20,000.00** |
| | | **2004 Chevrolet Van E3500 w/ 97k miles** | - | **9,500.00** |
| | | **2004 Dodge 1500 Pickup w/ 105k miles** | - | **3,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment, desks, chairs, copier, computer. file cabinets. See list attached to Schedule B** | - | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Tools, construction supplies, fasteners and compressors located at 1748 North Aurora Rd., Naperville, IL. 60563. Complete list is available but not filed due to size** | - | **100,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          **143,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No. _____
                                                              ,
                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 323,774.21 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

3:44 PM
07/29/07

Case 07-13696    Doc 1    Filed 07/31/07    Entered 07/31/07 19:43:29    Desc Main
Document    Page 11 of 51

*SCH. B-16*

A/R Balance Detail Including Customer Information

July 29, 2007

| Customer | Balance | Phone | Alt. Phone / Fax | Fax | Street1 | Street2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| A AFFORDABLE BUILDERS | $ 245.53 | 630/620-4130 | 630-202-4887 | ( ) | 220 S. WESTMORE | | LOMBARD | IL | 60148 |
| A&D CONSTRUCTION | $ 577.60 | 630/692-0160 | 630/742-3017 ART | 630/692-0170 | 2096 WHITETAIL DR | | AURORA | IL | 60504 |
| A&G BUILDERS | $ 1,274.14 | | 630-854-1449 | | 1748 BROCKDALE | | NAPERVILLE | IL | 60563 |
| ACCENT STORE FIXTURES | $ 613.42 | 262/857-9450 | 800/845-1144 | 262/857-6620 | 9629 58TH PLACE | | KENOSHA | WI | 53144 |
| ADC LIMITED PARTNERSHIP | $ 526.92 | (847) 541 3030 | ( ) | (847) 541 4017 | 1720 S. WOLF RD | ANDERSON DIE CASTIN | WHEELING | IL | 60090 |
| AJ CONSTRUCTION | $ 770.87 | 815/703-7080 | 815-703-7082 | | 4425 CRAWFORD RD | UNIT 5 | ROCKFORD | IL | 61114 |
| ALEX DISPLAY | $ 49.11 | 312-829-2948 | ( ) | (312) 829 8505 | 401 N. LEAVITT | | CHICAGO | IL | 60612 |
| AMERICAN DREAM BUILDERS INC | $ 13.50 | 815/639-9278 | ROY 703-7981 | 815/639-9435 | P.O. BOX 33 | | CALEDONIA | IL | 61011 |
| ANDREA GILBERT | $ 48.65 | | | | | | | | |
| ANTHONY M. LEON | $ 1,080.68 | 815-608-8338 | | | 7055 FOREST GLEN DR. #D | | ROCKFORD | IL | 61114 |
| ARCHITECTURAL SPEC. PROD. | $ 587.50 | (708) 563 8510 | ( ) | (708) 563 1860 | 6312 W. 74TH ST. | | CHICAGO | IL | 60638 |
| ARMOR TILE | $ 1,584.70 | 708/385-3500 | | 708/385-8725 | 13700 S. CICERO AVE. | | CRESTWOOD | IL | 60445 |
| AUDRA CONSTRUCTION | $ 568.41 | | | | 8701 W. 99TH STREET | | PALOS HILLS | IL | 60465 |
| AUTUMN WOODS | $ 102.16 | (630) 668 2080 | ( ) | (630) 668 2146 | 375 E. GUNDERSEN | | CAROL STREAM | IL | 60188 |
| AWNINGS PLUS | $ 137.98 | (630) 627 4700 | ( ) | (630) 627 4747 | 367 S. ROHLWING RD. | UNIT I | ADDISON | IL | 60101 |
| BECKER PRECISION | $ 260.40 | 847/437-5940 | 814/362-9369(CARRIE) | 847/437-2549 | ATTN:ACC/PAY | 41 FISHER AVE | BRADFORD | PA | 16701 |
| BEE GEE SUPPLY/VALLEY FASTENERS | $ 154.80 | (630) 572 9200 | 630-879-3077 | (630)879-3081 | P.O. BOX 718 | | BATAVIA | IL | 60510 |
| BELL FINA CUSTOM FURNITURE & UPHOL | $ 550.93 | (630) 766 3353 | ( ) | (630)766-3873 | 273 E. IRVING PARK | | WOOD DALE | IL | 60191 |
| BIANCO ROOFING | $ 7.47 | 630-739-1250 | 630-244-8322 | 630-739-1250 | PO BOX 1780 | BOLINGBROOK, IL 6044 | PAST DUE!! | | |
| BLAKESLEE | $ 598.30 | 708/656-0660 | | 708/656-0017 | 1844 S. LARAMIE | | CICERO | IL | 60804 |
| BRANSCOMB CONSTRUCTION | $ 733.40 | (815) 978-9577 (CELL | | | 101 MAIN ST. | P.O. BOX 63 | LEAF RIVER | IL | 61047 |
| BRUECKNER CONSTRUCTION | $ 648.06 | (630)264-9937 | 630-292-9973 CELL | (630)264-9973 | 3S.303 ELFSTROM TRAIL | | BATAVIA | IL | 60510 |
| BRUECKNER FRAMING | $ 875.99 | 630/740-4511 | | | 661 PLUM ST. | | DEKALB | IL | 60115 |
| CASTLE CRAFT PRODUCTS | $ 62.50 | 630/231-3835 | CELL630/726-0614 | 630/231-3836 | P.O. BOX 7286 | | VILLA PARK | IL | 60181 |
| CENTRAL SPECIALTIES LTD. | $ 301.15 | (815) 459 6000 | ( ) | (815) 459 6105 | 220 D EXCHANGE DR. | | CRYSTAL LAKE | IL | 60014 |
| CHARLESTOWNE CABINET | $ 864.33 | (630) 377 7878 | ( ) | (630) 377 5505 | 1519 E. MAIN ST. | | ST CHARLES | IL | 60174 |
| CHICAGO EXHIBIT PROD. INC. | $ 549.40 | (630) 378 4848 | (  )EXT 226 AP | (630) 378 0214 | 755 REMINGTON BLVD. | | BOLINGBROOK | IL | 60440 |
| CHICAGO METALLIC | $ 403.10 | 708/563-4650 | | 708/594-4506 | 4849 S. AUSTIN AVE. | | CHICAGO | IL | 60638 |
| CHICAGO PANEL AND TRUSS INC | $ 5,588.06 | 630-870-1300 EXT 225 | 312/907-0628 | 630/844-8259 | 875 AURORA AVE. | | AURORA | IL | 60505 |
| CLARIN DIV. OF GREENWICH IND. | $ 2,108.29 | (847) 295 2200 EXT107 | ( ) | (847) 234 9001 | 927 NORTH SHORE DR. | | LAKE BLUFF | IL | 60044 |
| COLONY DISPLAY SYSTEMS | $ 5,944.20 | 630-762-1000 | 847/426-5300 AP | 630-762-1002 | 2500 GALVIN DR. | | ELGIN | IL | 60123 |
| CORENE BUILDERS | $ 4,545.89 | (630) 790 9430 | (630)816-8349 CAR | ( ) | 22 W. 344 GLEN PARK RD. | | GLEN ELLYN | IL | 60137 |
| COUNTRY HOMES | $ 1,600.32 | | | 815/558-3838 | 4521 PEMBROOKE PLACE | | ROCKFORD | IL | 61108 |
| CRB | $ 470.25 | 815/773-28009disconne | 815-791-2422 | | 1400 CLEARY AVE. | | JOLIET | IL | 60435 |
| CRITERION MOLDED PRODUCTS | $ 31.31 | 630-759-7700 | | | 1348 ENTERPRISE DR. | | ROMEOVILLE | IL | 60446 |
| CURT SPAULDING | $ 1,245.95 | 815-979-9463 | | | 4479 BROOKDALE ROAD | | ROCKFORD | IL | 61109 |
| D&D INSTALLATIONS | $ 288.34 | 847-823-8001 | CELL-630-202-8001 | 630-930-0300 | 6749 DEMPSTER, SUITE 300 | | MORTON GROVE | IL | 60053 |
| DAN CARLSON | $ 199.62 | | | | | | | | |
| DAR ENTERPRISE | $ 9,968.79 | 630-834-1404 | 630-820-1065/kelly | 630/820-1066 | 9001 HANSLIK CT. | | NAPERVILLE | IL | 60564 |
| DAVID WAYNE CONTRACTORS | $ 8,316.04 | 847/608-1554 | 847-264-0308 MARTYCE | 847/608-8133 | P.O. BOX 6640 | | ELGIN | IL | 60121 |
| DIETRICH INDUSTRIES INC. | $ 5.95 | (219) 931 3741 | UPS-FRT(TRUCKING C( | (219) 853 9468 | P.O. BOX 68 RT 22 EAST | | BLAIRSVILLE | PA | 15717 |
| DRESSER FLOW/BECKER OPERATIONS | $ 470.42 | (847) 437 5940 | 800/323-8844) | (847) 437 2549 | ACC/PAY | 41 FISHER AVE | BRADFORD | PA | 16701 |
| DUPREE CONST. CO | $ 282.89 | 815-436-8232 | CELL-815-378-8929 | 815-436-8297 | 24208 W. THEODORE RD | | PLAINFIELD | IL | 60544 |
| ELITE KITCHEN MANF. INC. | $ 78.78 | (630) 898 7711 | ( ) | (630) 898 5572 | 331 HANKES AVE. | | AURORA | IL | 60505 |
| ENCON INC. | $ 167.01 | (630) 543 1583 | (630) 543 1523 | | 643 W. WINTHROP AVE | | ADDISON | IL | 60101 |

3:44 PM
07/29/07

Case 07-13696   Doc 1    Filed 07/31/07    Entered 07/31/07 19:46:29    Desc Main
Document    Page 12 of 51

**A/R Balance List - Including Customer Information**

July 29, 2007

| Customer | Balance | Phone | Alt. Phone | Fax | Street1 | Street2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| EVERGREEN TOOL | $ 456.94 | 815-462-7787 | | | 21964 HOWELL DR | | NEW LENOX | IL | 60451 |
| EXCLUSIVE CUSTOM BUILDERS | $ 244.57 | | | | 651 EGAN RD | | LEAF RIVER | IL | 61047 |
| FASHION FLOORS | $ 75.90 | 847/869-7220 | | 847/864-1169 | 1525 CHURCH ST | | EVANSTON | IL | 60201 |
| FENCE MASTERS | $ 1,495.00 | 708/799-0055 | | 708/799-0833 | 20400 COTTAGE GROVE | | CHICAGO HEIGHTS | IL | 60411 |
| FISCHER, JOSH | $ 532.26 | (630) 637 3862 | ( ) | ( ) | 1110 JOHNSON DR | | NAPERVILLE | IL | 60540 |
| FORT DEARBORN ENTERPRISE | $ 307.00 | 708-544-9600 | | 708-544-9602 | 4115 W. ST. CHARLES | | BELLWOOD | IL | 60104 |
| FOYLE CARPENTRY | $ 65.86 | 708/935-2459 | | | 12610 S. 100TH AVE. | | PALOS PARK, IL. | | 60464 |
| FRITKIN-JONES | $ 1,225.26 | 773-826-0121 | | 773-722-3796 | 3300 W. FRANKLIN BLVD. | | CHICAGO | IL | 60624 |
| GARY | $ 57.67 | | | | EDDIES NEIGHBOR | | | | |
| GERARDO GARCIA | $ 124.82 | 847 366-7206 | | | 529 E PALATINE ROAD | | PALATINE | IL | 60074 |
| GLOBAL LOGIX | $ 160.71 | 847/434-0700 | ( ) | | 2567 GREENLEAF | | ELK GROVE | IL | 60007 |
| GLOBER MFG. CO.,INC. | $ 63.05 | 847-428-3933 | | 847-428-3013 | 10 W. MAIN ST. | | CARPENTERSVILLE | IL | 60110 |
| GODINES | $ 114.96 | | | | HOLD FOR PAST DUE!!! | | | | |
| GOODS OF EVANSTON | $ 56.89 | 847-864-0001 | | 847-864-9377 | 714 MAIN | | EVANSTON | IL | 60202 |
| HENDRICKSON | $ 57.65 | | | | PAST DUE!! | | | | |
| INNOVATIVE CONCEPTS | $ 415.00 | | 708-906-4983 | | 8154 W. BROOKSIDE DR | | PALOS PARK | IL | 60464 |
| J.J.CARPENTERS,INC. | $ 220.94 | (630) 378-1429discon. | 630-201-7716 | | JORGE RAMIREZ | 112 CYPRESS DRIVE | BOLINGBROOK | IL | 60440 |
| JAMIE KAIN | $ 1,523.45 | | | | 220 GOLD RIVER AVE | | ROCKFORD | IL | 61102 |
| JASON LEHTINEN | $ 105.73 | 630-696-7220 | | | | | | | |
| JB ART | $ 66.41 | 630/226-0700 | EXT1134 JENNIFER | 630/226-4383 | 650 TERRITORIAL DR | | BOLINGBROOK | IL | 60440 |
| JCL CONSTRUCTION | $ 2,169.03 | 815/540-1128 | 815/398-2952 | | 1312 CHARLOTTE DR | | ROCKFORD | IL | 61108 |
| JENNINGS & LYNCH CONSTRUCTION | $ 145.29 | | | | | | | | |
| JEREMY BYE | $ 321.32 | | | | 822 LINDENWOOD LANE APT. #5 | | BELVIDERE | IL | 61008 |
| JF SPECIALTIES | $ 705.62 | 630/820-9713 | | | 10S151 RAMM DR | | NAPERVILLE | IL | 60564 |
| JOE SCHAFFER | $ 140.35 | | | | | | | | |
| JURGENS, JEFF | $ 91.57 | | | | HOLD PAST DUE!!!!!!!!! | | | | |
| JUST NAIL IT,INC | $ 56.58 | (630) 201-7312 | | | 403 E. NORTH ST. | | NAPERVILLE | IL | 60540 |
| K&L CO | $ 617.39 | 815-703-4321 | 815/547-8409 DISCCON | | NORTHERN CRAFTSMANS | 503 TAYLOR RIDGE | BELVIDERE | IL | 61008 |
| KOWAL CABINET | $ 89.26 | (708) 597 3367 | ( ) | (708) 597 4585 | 2900 VERMONT ST. | | BLUE ISLAND | IL | 60406 |
| LITTELL INC. | $ 94.32 | 630/622-4700 | ( ) | 630/622-4747 | 1211 TOWER RD | | SCHAUMBURG | IL | 60173 |
| LP & SONS CONSTRUCTION | $ 3,443.01 | 815-742-1780 | | | 913 N. CHURCH ST | | ROCKFORD | IL | 61103 |
| MAGNETROL INTERNATIONAL | $ 84.95 | (630) 969 4000 | ( ) | (630) 969 9489 | 5300 BELMONT RD. | | DOWNERS GROVE | IL | 60515 |
| MAIN STEEL | $ 3,626.37 | (847) 465 6006 | | ((847) 465 6094 | 571 S. WHEELING RD. | | WHEELING | IL | 60090 |
| MARIO VIDALES | $ 263.73 | | | | HOLD PAST DUE!!!! | | | | |
| MARK OF EXCELLENCE | $ 76.55 | 630-816-8048 | | 630-553-9438 | 821 GLEASON AVE | | AURORA | IL | 60506 |
| MARTIN SERVICES | $ 1,087.94 | 630/369-0075 | | | 1280 LAWNMEADOWS LN | | NAPERVILLE | IL | 60540 |
| MARVEL GROUP, THE | $ 1,145.00 | (773) 843-2918 | 773-843-2929 (MIKE) | (773) 843-2915 | 3843 W. 43RD ST. | | CHICAGO | IL | 60632 |
| MC CLOUD, JAMES H. | $ 64.42 | (630) 961 1310 | ( ) | ( ) | 540 N. SLEIGHT ST. | | NAPERVILLE | IL | 60563 |
| MCLAUGHLIN CONSTRUCTION | $ 284.70 | 708-692-4000 | 708/692-9000 | | 17015 WINDSOR CT | | HOMER GLEN | IL | 60441 |
| OCHOA & RIVAS CARPENTRY | $ 1,193.60 | 815/547-8872 | | | 122 BOEING TRAIL | | POPLAR GROVE | IL | 61065 |
| OSGOOD DISPLAY | $ 99.10 | (312)663 5353EXT332 | ( ) | 708-496-8816 | 6748 S. SAYRE | | BEDFORD PARK | IL | 60638 |
| PENN BUILDERS | $ 3,520.70 | 815/275-3021 | 815-738-2417 | | 206 5TH | | LEAF RIVER | IL | 61047 |
| PLANK BUILDERS | $ 2,629.84 | 847-207-1949 | 1-224-629-0323 | | 71 N. RIVER | | ALGONQUIN | IL | 60102 |
| PREMIER DESIGN | $ 336.61 | 630-880-0300 | | 708-301-4891 | 12310 SPRING LAKE DR | | HOMER GLEN | IL | 60491 |
| PYRAMID CUSTOM CABINET | $ 1,470.80 | (815) 588 9800 | ( ) | 815/588-9801 | 20713 W. GASKIN DR. | | LOCK PORT | IL | 60441 |

Industrial Staples & Supply Co.

## A/R Balance List - Including Customer Information
### July 29, 2007

| Customer | Balance | Phone | Alt. Phone | Fax | Street1 | Street2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| RACC | $ 131.30 | 630/417-7788 | | 630/271-1968 | 434 BLUE RIDGE CT | | OSWEGO | IL | 60515 |
| RANDAL DISPLAY | $ 1,024.81 | (630) 761 0400 | jim direct- 761-0438 | (630)761-0404 | 507 RADDANT RD. | | BATAVIA | IL | 60510 |
| RICK'S CUSTOM CARPENTRY | $ 34.61 | 847 833-5866 | | | 10515 W. GRAND AVE. | | MELROSE PARK | IL | 60164 |
| RIGGS CONSTRUCTION | $ 33,048.52 | 815/495-9613 | (630) 878 8283 eric | 815/495-9624 | 2041 E.RTE 34 | | LELAND | IL | 60531 |
| RIVERTON CUSTOM CABINET | $ 429.25 | (815) 462 5300 | ( ) | 815-462-5304 | 22000 SCHOOLHOUSE RD. | | NEW LENOX | IL | 60451 |
| ROCK SOLID INSTALLATION | $ 112.92 | 479-5000 | | | 1274 S. LLOYD AVE. | | LOMBARD | IL | 60148 |
| ROGER | $ 30.00 | | | | | | | | |
| SB WOODWORKING | $ 149.64 | 630-742-1224 | | | 404 WINDSOR DR. | | OSWEGO | IL | 60543 |
| SCHRECK & SON CONSTRUCTION | $ 3,011.84 | 815-629-2229 | | | 10851 CLEVELAND RD | | DURAND | IL | 61024 |
| SCHUELER'S CUSTOM CARPENTRY | $ 98.54 | 675-5780 | | | 3 N.584 RT.47 | | MAPLE PARK | IL | 60151 |
| SHIFFLER BUILDERS INC | $ 396.58 | 630-355-2118 | | | 25 NORTH AVE | | NAPERVILLE | IL | 60540 |
| SIGNATURE WORKS | $ 165.28 | 630/595-3044 | | 630/595-4363 | 847 INDUSTRIAL DRIVE | | BENSENVILLE | IL | 60106 |
| SILVER RIDGE BUILDERS INC | $ 396.58 | 815-935-0843 | | 815-935-0843 | P.O. BOX 1184 | | PEOTONE | IL | 60468-1184 |
| STEPPENWOLF THEATRE COMPANY | $ 132.20 | 312-335-1888 | 773-772-1682 | 773-772-1214 | 758 W. NORTH AVE. | | CHICAGO | IL | 60610 |
| STERN PINBALL | $ 467.87 | (708) 345 7700 | (708) 345 7813 FX | (708) 345 7718 | 2020 JANICE AVE. | | MELROSE PARK | IL | 60160 |
| STEVENS EXHIBITS | $ 60.51 | 773-523-3900 | | | 3900 S. UNION ST. | | CHICAGO | IL | 60609 |
| STONEBRIDGE HOMES | $ 3,170.91 | 815-633-0336 | SHAWN815-218-1347 | | 2115 HARLEM RD. | | LOVES PARK | IL | 61111 |
| STYLE LINE CABINET & TOP CO. | $ 772.20 | (815) 838 1312 | ( ) | (815) 838 1325 | 15349 S. NEW AVE. | | LOCKPORT | IL | 60441 |
| SUPERIOR STAIRS | $ 518.61 | 815/941-2010 | 815/941-9866 AP | 815/941-9868 | P.O. BOX 828 | 4750 WEITZ RD | MORRIS | IL | 60450 |
| THOMPSON BUILDERS | $ 99.22 | 630/904-1440 | | 630/904-1523 | 4440 WHITE ASH LANE | | NAPERVILLE | IL | 60564 |
| TIMBERCREEK CARPENTRY | $ 447.09 | 630-393-2440 | | 630/393-1539 | 28W700 RAY ST | | WARRENVILLE | IL | 60555 |
| TLC INDUSTRIES INC. | $ 10,430.00 | (847) 891 0230 | (847) 534-5112george | (847) 891 2515 | 815 LUNT AVE. | | SCHAUMBURG | IL | 60193 |
| TODD CRABBE | $ 45.00 | | | | 204 PARK ST. | | SHERIDAN IL.60551 | | 661-8506 |
| TRIAD BOILER | $ 208.90 | 630-562-2700 | | | 1099 ATLANTIC DR. | UNIT 2 | WEST CHICAGO | IL | 60185 |
| TRIPLE J. TRIMMERS | $ 608.26 | 247-9533 | | | 110 BLACKHAWK | | AURORA | IL | 60506 |
| TULLYDISH CARPENTRY INC. | $ 8,001.82 | 708-599-6594 | CELL-708-516-8610 | | 13050 RIDGEWOOD RD | | PALOS HEIGHTS | IL | 60464 |
| UNION COMPONENTS | $ 2,050.74 | 815/923-7081 | 847-264-0311 | 815/923-7082 | 17820 WASHINGTON ST. | | UNION | IL | 60180 |
| WALL TECH. | $ 115.26 | 677-9431 | | 365-5384 | 43W414 HAWKEYE | | ELBURN | IL | 60119 |
| WEATHERGUARD ROOFING CO. | $ 117.43 | 847-888-3008 | 847-875-1911 | 847-888-3018 | P.O. BOX 5909 | | ELGIN | IL | 60121 |
| WOODLAND WINDOW AND DOORS | $ 693.77 | 529-DOOR | MIKE | CELL (630)529-747; RALPH MARIOTTI | | 25W355 LAKE STREET | ROSELLE | IL | 60172 |
| ZENO BUILDERS | $ 1,069.87 | | | | 6595 THEODORFF | | PECATONIA | IL | 61063 |
| TOTAL | $154,571.66 | | | | | | | | |

5:30 PM
07/29/07
Accrual Basis

Case 07-13696 Doc 9 Filed 7/29/07 Entered ... Desc Main
Document Page 14 of 51

Industrial Staples Sales and Construction Supply Co.   Sch B - 2P
Assets/Liabilities

As of July 29, 2007

|  | Jul 31, 07 | Comments |
|---|---|---|

# ASSETS

Current Assets
   Checking/Savings
      AMCORE          19,508.82
      Checking          4,274.21
      Hawthorne Savings       5.00
   Total Checking/Savings      23,788.03

   Accounts Receivable
      Accounts Receivable     154,571.66 Prior List sent
   Total Accounts Receivable    154,571.66

   Other Current Assets
      Deposits & Prepaid     2,000.00 Security Deposit - Angela Baumgartner Building
      Inventory Asset
         Inventory L.T.     998.43
         Inventory Reserve    -25,557.13
         Inventory Asset - Other    365,535.83
      Total Inventory Asset    340,977.13 See list sent $365,762.45 previous

   Total Other Current Assets    342,977.13

Total Current Assets    521,336.82

# Fixed Assets

Equipment Assets

| # | Item | Quantity |
|---|---|---|
| 1 | 8ft. Folding Conference Table | 1 |
| 2 | Conference table chairs | 8 |
| 3 | Misc. Glass Framed Artwork | 5 |
| 4 | Laminate kitchen buffet | 1 |
| 5 | Samsung Microwave MW5592W | 1 |
| 6 | 6 ft. Double door metal cabinet | 1 |
| 7 | Blue metal printer stand | 1 |
| 8 | 6-wheel flat-bed push cart | 1 |
| 9 | Industrial Metal racking upright poles - 8ft | 14 |
| 10 | Industrial Metal racking upright poles - 12ft | 8 |
| 11 | Industrial Metal racking horizontal supports | 66 |
| 12 | Tier-rack Pallet stacking frames | 5 |
| 13 | Nissan 50 Enduro Fork-lift | 1 |
| 14 | Propane canisters for fork-lift | 4 |
| 15 | Metal shelving unit - 7ft x 1.5ft | 6 |
| 16 | Metal shelving unit, wood shelves - 6ft x 2ft | 4 |
| 17 | 20 gallon, 110v Parts Washer | 1 |
| 18 | Black metal / wood office desks | 4 |
| 19 | Executive wood office desk | 1 |
| 20 | Executive wood credenza | 1 |
| 21 | wooden wall unit | 1 |
| 22 | black leather office chairs | 2 |
| 23 | bookcases | 2 |
| 24 | black metal office chair | 2 |
| 25 | 2-drawer metal file cabinets | 2 |
| 26 | 4-drawer metal file cabinets | 5 |

# Industrial Staples Sales and Construction Supply Co.
## Assets/Liabilities
### As of July 29, 2007

| | | Jul 31, 07 | Comments |
|---|---|---|---|
| 27 | brown metal printer stand | 1 | |
| 28 | wooden stool | 2 | |
| 29 | index card metal drawers | 2 | |
| 30 | beige metal office credenza | 1 | |
| 31 | sliding front wood cabinet | 1 | |
| 32 | black metal printer stand | 1 | |
| 33 | Computers w/monitor | 2 | |
| 34 | HP 1100 laser printer | 1 | |
| 35 | Sharp Copier | 1 | |
| 36 | Phone system Avaya - 7 phones | | |

**Loan Tools - in customers possession - fully depreciated**          **Kyle discuss with attorney**

| Vehicle Assets | | Approx Purch | Approx Current Value | Owe | Lien | |
|---|---|---|---|---|---|---|
| 1 | 2001 Dodge 1500 pick up with 105,000 miles | $ 7,500.00 | $ 3,500.00 | $ 4,546.65 | Carmax | info sent prior |
| 2 | 2004 Chevy 3500 double entry van with 97,000 | $ 24,500.00 | $ 9,500.00 | $ 8,006.40 | Hawthorne | info sent prior |
| 3 | 2005 Dodge Sprinter 2500 van with 98,000 miles | $ 29,000.00 | $ 20,000.00 | $ 19,810.02 | Hawthorne | info sent prior |
| 4 | 2006 Honda Pilot - PERSONAL NAME | $ 33,000.00 | $ 27,000.00 | $ 27,000.00 | American Honda Finance | |
| | | $ 94,000.00 | $ 60,000.00 | $ 59,363.07 | | |

Official Form 6D (10/06)

In re **Industrial Staple Sales and Construction Supply Company, Inc.**,                Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **61155006115501** <br><br> **Amore Bank** <br> **501 Seventh St.** <br> **P.O. Box 1537** <br> **Rockford, IL 61110** | X | - | | | **May 2, 2007** <br><br> **Blanket Lien on all assets** <br><br> **All tangible and non-tangible assets of business** | | | | | |
| | | | | | Value $          **150,000.00** | | | | **320,000.00** | **170,000.00** |
| Account No. **#3027697** <br><br> **Carmax Auto Finance** <br> **P.O. Box 3174** <br> **Milwaukee, WI 53201** | | - | | | **2004** <br><br> **Purchase Money** <br><br> **2004 Dodge 1500 Pickup w/ 105k miles** | | | | | |
| | | | | | Value $          **3,500.00** | | | | **4,565.65** | **1,065.65** |
| Account No. **193037-1 & 193037-2 &196241** <br><br> **Hawthorn Bank/C.U.** <br> **1519 North Naper Blvd.** <br> **Naperville, IL 60563** | X | - | | | **2006** <br><br> **Lien on Title** <br><br> **2005 Sprinter 2500 Van** | | | | | |
| | | | | | Value $          **20,000.00** | | | | **19,810.02** | **0.00** |
| Account No. **193037-1, 193037-2,196241** <br><br> **Hawthorn Bank/C.U.** <br> **1519 North Naper Blvd** <br> **Naperville, IL 60563** | | - | | | **Purchase Money** <br><br> **2004 Chevrolet Van E3500 w/ 97k miles** | | | | | |
| | | | | | Value $          **9,500.00** | | | | **8,006.40** | **0.00** |

____**0**____ continuation sheets attached

|  | Subtotal (Total of this page) | **352,382.07** | **171,065.65** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **352,382.07** | **171,065.65** |

Official Form 6E (4/07)

In re   **Industrial Staple Sales and Construction Supply Company, Inc.** _____   Case No. _____
                                                                     ,
                                      Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                   **0**      continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                              Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Industrial Staple Sales and Construction Supply Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **53329142**<br><br>**ADT Security Services**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250** | | - | **7/3/2007-7/11/2007**<br>**All Creditors are trade suppliers unless otherwise noted.** | | | | **66.66** |
| Account No. **212825**<br><br>**Allied Packaging**<br>**133 N. 25th Ave.**<br>**Melrose Park, IL 60160** | | - | | | | | **33.00** |
| Account No. **0480-000510851**<br><br>**Allied Waste Services**<br>**PO Box 9001154**<br>**Louisville, KY 40290-1154** | | - | | | | | **108.70** |
| Account No.<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** | | - | | | | | **21,836.91** |

| | | |
|---|---|---|
| __10__  continuation sheets attached | Subtotal<br>(Total of this page) | **22,045.27** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re __Industrial Staple Sales and Construction Supply Company, Inc.__ ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **56068** <br><br> **Ample Supply** <br> **11914 Oak Creek Parkway** <br> **Huntley, IL 60142** | - | | | | | | | **1,854.26** |
| Account No. <br><br> **Angela Baumgartner** <br> **5421 Maurus Court** <br> **Lisle, IL 60532** | - | | | | | | | **5,138.94** |
| Account No. <br><br> **Associated Engineering Corp.** <br> **PO Box 346** <br> **606 S. Lake St.** <br> **Hustisford, WI 53034** | - | | | | | | | **Unknown** |
| Account No. <br><br> **AT&T** <br> **PO Box 9001309** <br> **Louisville, KY 40290** | - | | | | | | | **380.87** |
| Account No. <br><br> **Avaya Inc.** <br> **PO Box 5332** <br> **New York, NY 10087-5332** | - | | | | | | | **Unknown** |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **7,374.07**

Official Form 6F (10/06) - Cont.

In re  **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No. _____

                                                                                                    ,
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **14670875**<br><br>**B&D Service Center**<br>**PO Box 91330**<br>**Chicago, IL 60693** | | - | | | | | | 1,641.88 |
| Account No.<br><br>**Bank of America**<br>**Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | | - | | **2006/2007**<br>**Credit card for supplies and services** | | | | 22,012.03 |
| Account No. **99311517**<br><br>**Bosch Tool Group**<br>**33243 Treasury Center**<br>**Chicago, IL 60694** | | - | | | | | | 36.67 |
| Account No.<br><br>**Chase Visa**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | | **2006/7**<br>**Credit card for supplies and services** | | | | 31,637.25 |
| Account No. **1128520**<br><br>**Coilhose Pneumatics**<br>**19 Kimberly Rd.**<br>**East Brunswick, NJ 08816** | | - | | | | | | 604.51 |

Sheet no. __**2**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55,932.34**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Industrial Staple Sales and Construction Supply Company, Inc.**__ ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | - | | | **6/07** <br> **Utilities** | | | | 209.89 |
| Account No. <br><br> **Daily Herald** <br> **Paddock Publicans** <br> **PO Box 6236** <br> **Carol Stream, IL 60197** | - | | | | | | | 39.60 |
| Account No. **272311** <br><br> **Dee&Bee Fasteners** <br> **75 Eisenhower Lane South** <br> **Lombard, IL 60148** | - | | | | | | | 84.15 |
| Account No. **9407574441** <br><br> **DeWalt** <br> **PO Box 91330** <br> **Chicago, IL 60693-1330** | - | | | | | | | 732.90 |
| Account No. <br><br> **Fasco America** <br> **PO BOx 2389** <br> **Muscle Shoals, AL 35662** | - | | | | | | | 2,198.17 |

| | | |
|---|---|---|
| Sheet no. __**3**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 3,264.71 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Industrial Staple Sales and Construction Supply Company, Inc.** ,    Case No. _____

    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **500040461** | | | | | | | | |
| FP Mailing Solutions PO BOx 4272 Carol Stream, IL 60197 | - | | | | | | | 87.00 |
| Account No. | | | | | | | | |
| Hitachi Koki, USA. Ltd. 3950 Steve Reynolds Blvd. Norcross, GA 30093 | - | | | | | | | 209,169.96 |
| Account No. **75138** | | | | | | | | |
| Hugo's Equipment Repair 415 W. Kay Ave. Addison, IL 60101 | - | | | | | | | 456.75 |
| Account No. | | | | Counsel for Hitachi Koki, USA, Ltd. For Notice Purposes Only | | | | |
| Hunton & Williams LLP. Bank of America Plaza Suite 4100 600 Peachtree St. NE Atlanta, GA 30308-2216 | - | | | | | | | 0.00 |
| Account No. **100582147** | | | | | | | | |
| Intercorp 1920 East Devon Ave. Elk Grove Village, IL 60007 | - | | | | | | | 808.73 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

210,522.44

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Industrial Staple Sales and Construction Supply Company, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **056234212** <br><br> **Irwin Industrial Tool Co.** <br> **PO Box 92026** <br> **Chicago, IL 60675** | | - | | | | | | 1,136.94 |
| Account No. <br><br> **Kyle Kotrba** <br> **1115 Collingwood Dr** <br> **Naperville, IL 60540** | | - | | **Various  2004-2007** <br> **Loans to Debtor for operations** | | | | 74,771.00 |
| Account No. **0356188** <br><br> **Linc Systems** <br> **PO Box 7086** <br> **Indianapolis, IN 46207** | | - | | | | | | 140.00 |
| Account No. **138080** <br><br> **Lumberman's** <br> **1551 Crescent Lake Dr.** <br> **Montgomery, IL 60538** | | - | | | | | | 3,711.12 |
| Account No. **114090** <br><br> **Mazel & Co** <br> **4300 W. Ferdinand St.** <br> **Chicago, IL 60624** | | - | | | | | | 5,107.51 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **84,866.57**

Official Form 6F (10/06) - Cont.

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No. _____
_____,
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Minuteman Press**<br>**1577 Naperville**<br>**Naperville, IL 60563** | - | | | | | | | **Unknown** |
| Account No. **41806CM** <br><br>**MKT Fastening**<br>**1 Gunnebo Dr**<br>**Lonoke, AR 72086** | - | | | | | | | **Unknown** |
| Account No. **185718** <br><br>**National Case In**<br>**Dept. 4020 PO Box 87618**<br>**Chicago, IL 60680** | - | | | | | | | **3,581.39** |
| Account No. **9926051458** <br><br>**NEBS**<br>**500 Main Street**<br>**Groton, MA 01471** | - | | | | | | | **254.49** |
| Account No. <br><br>**Nextel**<br>**Sprint PO Box 4181**<br>**Carol Stream, IL 60197** | - | Utilities | | | | | | **Unknown** |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,835.88**

Official Form 6F (10/06) - Cont.

In re   **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No. _____
                                                                            ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| Nicor PO Box 416 Aurora, IL 60568 | - | | | | | | 59.65 |
| Account No. 126690 | | | | | | | |
| Peace Industries, Ltd. 1438 Paysphere Circle Chicago, IL 60674 | - | | | | | | 25,862.50 |
| Account No. IP1882103/2109 | | | | | | | |
| Porteous Fastener PO Box 31001-0838 Pasadena, CA 91110-0838 | - | | | | | | 90.39 |
| Account No. 748751 | | | | | | | |
| Power Equip Co. 4376 Paysphere Circle Chicago, IL 60674 | - | | | | | | 176.05 |
| Account No. 51102036 | | | | | | | |
| Prime Source 2517 Paysphere Circle Chicago, IL 60674 | - | | | | | | 9,180.22 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **35,368.81**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Industrial Staple Sales and Construction Supply Company, Inc.**,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **51102036** <br><br> R.S. Hughes Co. Inc. <br> 869-B South Rohlwing Rd. <br> Addison, IL 60101 | | - | | | | | | 1,768.80 |
| Account No. **6228cm** <br><br> Regal <br> Service Tool <br> PO Box 12240 <br> New Iberia, LA 70562 | | - | | | | | | Unknown |
| Account No. <br><br> Sam's Club <br> PO Box 9001907 <br> Louisville, KY 40290 | | - | | | | | | 35.00 |
| Account No. <br><br> Schreeder, Wheeler and Flint <br> 1100 Peachtree St. <br> Suite #800 <br> Atlanta, GA 30309 | X | - | | 4/07 to 7/07 <br> Legal Services | | | | 6,800.00 |
| Account No. <br><br> Selective Insurance <br> PO Box 3711468 <br> Pittsburgh, PA 15250-7468 | | - | | | | | | Unknown |

Sheet no. \_\_**8**\_\_ of \_\_**10**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,603.80**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No. _____
_____ ,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3683920** | | | | | | | | |
| Senco PO Box 633876 Cincinnati, OH 45263 | - | | | | | | | 17,520.48 |
| Account No. **24-543290** | | | | | | | | |
| Simpson Strong Tie PO Box 45687 San Francisco, CA 94145 | - | | | | | | | 426.20 |
| Account No. **h272782** | | | | | | | | |
| Stabila Inc. PO Box 402 South Elgin, IL 60177-0402 | - | | | | | | | 179.84 |
| Account No. | | | | | | | | |
| Stafda PO Box 44 500 Elm Grove Rd Elm Grove, WI 53122 | - | | | | | | | 350.00 |
| Account No. | | | | | | | | |
| United Parcel Service Lockbox 577 Carol Stream, IL 60132 | - | | | | | | | 54.62 |

Sheet no. __**9**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **18,531.14**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Industrial Staple Sales and Construction Supply Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **179962** <br><br> **W.H. Maze Company** <br> **100 Church St.** <br> **Peru, IL 61354** | | - | | | | | | 304.60 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 304.60 |
| Total (Report on Summary of Schedules) | | 450,649.63 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6G
(10/05)

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**                ,        Case No. _____

                                                                Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Angela Baumgartner**<br>**5421 Maurus Ct.**<br>**Lisle, IL 60532** | **Lease of Debtor's facility at 1748 North Aurora Rd.**<br>**Naperville, IL. 60563** |

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6H
(10/05)

In re   **Industrial Staple Sales and Construction Supply Company, Inc.**                      Case No. _____
,
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kyle Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540**<br>  **Personal Guarantee with lien on residence** | **Amcore Bank**<br>**501 Seventh St.**<br>**P.O. Box 1537**<br>**Rockford, IL 61110** |
| **Kyle Kotrba**<br>**1115 Collingwood DR.**<br>**Naperville, IL 60540**<br>  **Personal Guarenty** | **Hawthorn Bank/C.U.**<br>**1519 North Naper Blvd.**<br>**Naperville, IL 60563** |
| **Kyle Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540** | **Schreeder, Wheeler and Flint**<br>**1100 Peachtree St.**<br>**Suite #800**<br>**Atlanta, GA 30309** |
| **Kyle Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540**<br>  **Personal Guarenty** | **Hitachi Koki USA, Ltd.**<br>**c/o Hunton & Williams**<br>**600 Peachtree St. Ne.  Suite 4100**<br>**Atlanta, GA 30308-2216** |
| **Nicole Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540**<br>  **Personal Guarentee with lien on residence.** | **Amcore Bank**<br>**501 Seventh St.**<br>**P.O. Box 1537**<br>**Rockford, IL 61110** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Industrial Staple Sales and Construction Supply Company, Inc.**                    Case No.
_____
Debtor(s)                                    Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Sole Shareholder of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**27**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 31, 2007**                    Signature     **/s/ Kyle Kotrba**
**Kyle Kotrba**
**President and Sole Shareholder**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Industrial Staple Sales and Construction Supply Company, Inc.**        Case No. _____

Debtor(s)        Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$567,070.07** | **Gross profit business operations:  2005:** |
| **$547,876.30** | **Gross profit business operations  2006:** |
| **$136,475.40** | **Gross profit business operations  2007 thru 7/31** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See list attached** | **Six creditors received payments totaling more than $5000** | **$55,430.55** | **$0.00** |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kyle Kotrba 1115 Collingwood Dr. Naperville, IL 60540     President and sole shareholder** | **Monthly payroll for gross wages earned as employee of Debtor** | **$75,000.00** | **$0.00** |
| **Kyle Kotrba 1115 Collingwood Dr. Naperville, IL 60540     President and sole shareholder** | **Various 8/3/06 to 4/4/07 Debt principle repaid $8000, debt interest repaid $4000** | **$12,000.00** | **$74,771.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hitachi Koki USA Ltd. v. Industrial Staple Sales Company, Inc. and Kyle Kotrba** | **Collection** | **No. Dist, Georgia** | **Pending** |
| **Case #1:07:CV-0685** | | | |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■    and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
■    since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis 400 S. County Farm Rd.  #330 Wheaton, IL 60187** | **July 12 and 26, 2007** | **$2,000 and $3,600** |
| **Schreeder Wheeler and Flint 1100 Peachtree St. Suite #800 Atlanta, GA 30309** | **4/18/07** | **$6000** |
| **Huck Bouma P.C. 1755 Naperville Rd. Wheaton, IL 60187** | **7/24/07** | **$1,768.00** |

**10.  Other transfers**

None
☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **LaSalle Bank N.A. Commercial Loan Payments 8617 Innovation Way Chicago, IL 60682-0086     Prior Lender** | **5/2/07** | **Debtor paid off prior loan to LaSalle Bank with the proceeds of new loan from Amcore Bank. Total paid $300,947.08** |
| **Various Customers** | **Various** | **Debtor has loaned certain power tools to customers of the Debtor which are still in those customer's posession.  Debtor will generate a list of these customers and the tools they are holding.** |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various Customers** | **Unclaimed tools upon which repairs have been done.  Approximate value is $2,000.** | **1748 North Aurora Rd., Naperville, Il. 60565** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jill Zak** | **Various- 2006/07** |
| **1227 Thackery Ct.** | |
| **Naperville, IL 60565** | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Illinois Dept. of Revenue** | | **Sales tax audit- 1/07** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kyle Kotrba** | **1115 Collingwood Ct.** |
| | **Naperville, IL 60540** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Amcore Bank** | **April 2007** |
| **501 Seventh St.** | |
| **P.O. Box 1537** | |
| **Rockford, IL 61110** | |
| **LaSalle Bank N.A.** | **1/07** |
| **8617 Innovation Way** | |
| **Chicago, IL 60682-0086** | |

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **7/29/07** | **Kyle Kotrba** | **$365,762.00 at retail value** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **7/29/07** | **Kyle Kotrba** |
| | **See above** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kyle Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540** | **President and Sole Shareholdeer** | **100% of all issued and outstanding stock** |
| **Nicole Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540** | **Director** | **No stock ownership** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kyle Kotrba**<br>**1115 Collingwood Dr.**<br>**Naperville, IL 60540**<br>    **President and Sole Shareholder** | **Wages monthly 8/06 to 7/07**<br>**Loan repayment and interest 8/3/06 to 4/4/07** | **Wages:  $75,000.00 gross**<br>**Loan repayment and interest: $12,000.00** |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **July 31, 2007**                              Signature  **/s/ Kyle Kotrba**
                                                                  **Kyle Kotrba**
                                                                  **President and Sole Shareholder**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

2:03 PM  Case 07-13... Industrial Staples and Construction Supply C29  Doc... Filed 08/31/07  Entered 07/31/07 13:47:29  Desc Main
07/29/07                              Document      Page 41 of 51
Accrual Basis

*SEA 3b* (handwritten)

# Vendor payments over $5,000 5/1/07 to 7/31/07

| VENDOR | Type | Date | Num | Account | Amount | |
|---|---|---|---|---|---|---|
| **AMERICAN EXPRESS** | | | | | | |
| | Bill Pmt -Check | 05/03/2007 | 8158 | Accounts Payable | $ 2,495.18 | |
| | Bill Pmt -Check | 05/25/2007 | 8211 | Accounts Payable | $ 2,290.85 | |
| | Bill Pmt -Check | 07/03/2007 | 9049 | Accounts Payable | $ 1,140.20 | |
| Total AMERICAN EXPRESS | | | | | $ 5,926.23 | $ 5,926.23 |
| | | | | | | |
| **B&D SERVICE CENTER** | | | | | | |
| | Bill Pmt -Check | 06/13/2007 | 8996 | Accounts Payable | $ 7,878.06 | |
| Total B&D SERVICE CENTER | | | | | $ 7,878.06 | $ 7,878.06 |
| | | | | | | |
| **DEWALT** | | | | | | |
| | Bill Pmt -Check | 06/13/2007 | 8996 | Accounts Payable | $ 7,561.62 | |
| Total DEWALT | | | | | $ 7,561.62 | $ 7,561.62 |
| | | | | | | |
| **NATIONAL CASEIN** | | | | | | |
| | Bill Pmt -Check | 05/03/2007 | 8166 | Accounts Payable | $ 836.58 | |
| | Bill Pmt -Check | 05/10/2007 | 8183 | Accounts Payable | $ 645.00 | |
| | Bill Pmt -Check | 05/22/2007 | 8204 | Accounts Payable | $ 1,456.72 | |
| | Bill Pmt -Check | 06/13/2007 | 9006 | Accounts Payable | $ 1,707.12 | |
| | Bill Pmt -Check | 07/17/2007 | 9075 | Accounts Payable | $ 1,601.97 | |
| Total NATIONAL CASEIN | | | | | $ 6,247.39 | $ 6,247.39 |
| | | | | | | |
| **PEACE INDUSTRIES LTD.** | | | | | | |
| | Bill Pmt -Check | 05/03/2007 | 8168 | Accounts Payable | $ 6,414.65 | |
| | Bill Pmt -Check | 05/10/2007 | 8185 | Accounts Payable | $ 1,081.88 | |
| | Bill Pmt -Check | 05/22/2007 | 8205 | Accounts Payable | $ 2,525.94 | |
| | Bill Pmt -Check | 05/25/2007 | 8217 | Accounts Payable | $ 1,080.00 | |
| | Bill Pmt -Check | 06/06/2007 | 8987 | Accounts Payable | $ 2,943.18 | |
| | Bill Pmt -Check | 06/13/2007 | 9007 | Accounts Payable | $ 1,753.49 | |
| | Bill Pmt -Check | 06/21/2007 | 9024 | Accounts Payable | $ 748.15 | |
| | Bill Pmt -Check | 07/03/2007 | 9055 | Accounts Payable | $ 5,612.24 | |
| Total PEACE INDUSTRIES LTD. | | | | | $ 22,159.53 | $ 22,159.53 |
| | | | | | | |
| **PRIME SOURCE** | | | | | | |
| | Bill Pmt -Check | 05/03/2007 | 8170 | Accounts Payable | $ 438.38 | |
| | Bill Pmt -Check | 05/10/2007 | 8186 | Accounts Payable | $ 382.25 | |
| | Bill Pmt -Check | 05/22/2007 | 8206 | Accounts Payable | $ 1,766.95 | |
| | Bill Pmt -Check | 06/06/2007 | 8990 | Accounts Payable | $ 1,248.92 | |
| | Bill Pmt -Check | 06/13/2007 | 9008 | Accounts Payable | $ 440.45 | |
| | Bill Pmt -Check | 06/21/2007 | 9025 | Accounts Payable | $ 450.43 | |
| | Bill Pmt -Check | 06/27/2007 | 9037 | Accounts Payable | $ 383.65 | |
| | Bill Pmt -Check | 07/03/2007 | 9056 | Accounts Payable | $ 269.66 | |
| | Bill Pmt -Check | 07/16/2007 | 9070 | Accounts Payable | $ 276.93 | |
| Total PRIME SOURCE | | | | | $ 5,657.62 | $ 5,657.62 |
| | | | | | | $ 55,430.45 |

# Payments Kyle Nicole Kotrba

## August 2006 through July 2007



| | Type | Date | Num | Account | Split | | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **KYLE KOTRBA** | | | | | | | | | | |
| | Check | 08/03/2006 | 7321 | Checking | Note Payable Kyle Kotrba | $ | 3,500.00 | | | |
| | Check | 08/16/2006 | 7345 | Checking | Note Payable Kyle Kotrba | $ | 4,500.00 | $ | 8,000.00 | Note |
| | Check | 09/06/2006 | 7443 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 10/04/2006 | 7566 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 11/06/2006 | 7646 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 12/05/2006 | 7744 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 01/26/2007 | 7909 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 02/06/2007 | 7919 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 03/02/2007 | 8007 | Checking | Interest Expense | $ | 500.00 | | | |
| | Check | 04/04/2007 | 8080 | Checking | Interest Expense | $ | 500.00 | $ | 4,000.00 | Interest |

| | Type | Date | Num | Account | PAYROLL | | Gross Amount | |
|---|---|---|---|---|---|---|---|---|
| **Kotrba, Kyle D.** | | | | | | | | |
| | Payche | 08/31/2006 | 7412 | Checking A | PAYROLL | $ | 3,333.75 | |
| | Payche | 09/15/2006 | 7450 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 09/27/2006 | 7523 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 10/13/2006 | 7573 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 10/31/2006 | 7640 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 11/15/2006 | 7677 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 11/30/2006 | 7717 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 12/15/2006 | 7777 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 12/29/2006 | 7822 | Checking A | PAYROLL | $ | 3,012.00 | |
| | Payche | 01/15/2007 | 7864 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 01/31/2007 | 7914 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 02/15/2007 | 7953 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 02/28/2007 | 7979 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 03/15/2007 | 8028 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 04/02/2007 | 8073 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 04/13/2007 | 8121 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 04/30/2007 | 8153 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 05/15/2007 | 8191 | Checking A | PAYROLL | $ | 1,987.75 | |
| | Payche | 05/31/2007 | 8222 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 06/14/2007 | 9011 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 07/13/2007 | 9062 | Checking A | PAYROLL | $ | 3,026.00 | |
| | Payche | 07/29/2007 | 9088 | Checking A | PAYROLL | $ | 3,026.00 | |
| Total Kotrba, Kyle D. - Gross Payroll | | | | | | $ | 65,729.50 | $ 65,729.50 Payroll (Net) |

$75,000 (Gross)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Industrial Staple Sales and Construction Supply Company, Inc.** _____   Case No. _____
                                        Debtor(s)                Chapter     **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept........................................................   $ _____**3,000.00**

   Prior to the filing of this statement I have received............................................   $ _____**3,000.00**

   Balance Due...........................................................................................................   $ _____**0.00**

2.   $  **299.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 31, 2007** _____              **/s/ Kent A. Gaertner** _____
                                                      **Kent A. Gaertner 3121489**
                                                      **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                      **400 S. County Farm Road**
                                                      **Suite 330**
                                                      **Wheaton, IL 60187**
                                                      **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    __Industrial Staple Sales and Construction Supply Company, Inc.__                Case No.    _____
                                                            Debtor(s)        Chapter    __7__    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        _____    **61**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __July 31, 2007__                    **/s/ Kyle Kotrba**
                                              **Kyle Kotrba**/**President and Sole Shareholder**
                                              Signer/Title

ADT Security Services
PO Box 371967
Pittsburgh, PA 15250


Allied Packaging
133 N. 25th Ave.
Melrose Park, IL 60160


Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154


Amcore Bank
501 Seventh St.
P.O. Box 1537
Rockford, IL 61110


American Express
PO Box 0001
Los Angeles, CA 90096-0001


Ample Supply
11914 Oak Creek Parkway
Huntley, IL 60142


Angela Baumgartner
5421 Maurus Court
Lisle, IL 60532


Angela Baumgartner
5421 Maurus Ct.
Lisle, IL 60532


Associated Engineering Corp.
PO Box 346
606 S. Lake St.
Hustisford, WI 53034


AT&T
PO Box 9001309
Louisville, KY 40290


Avaya Inc.
PO Box 5332
New York, NY 10087-5332

B&D Service Center
PO Box 91330
Chicago, IL 60693


Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bosch Tool Group
33243 Treasury Center
Chicago, IL 60694


Brooke F. Voelzke Hunton & Williams
Bank of America Plaza  Suite 4100
600 Peachtree St. NE.
Atlanta, GA 30308-2216


Carmax Auto Finance
P.O. Box 3174
Milwaukee, WI 53201


Chase Visa
PO Box 15153
Wilmington, DE 19886-5153


Coilhose Pneumatics
19 Kimberly Rd.
East Brunswick, NJ 08816


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Daily Herald
Paddock Publicans
PO Box 6236
Carol Stream, IL 60197


Dee&Bee Fasteners
75 Eisenhower Lane South
Lombard, IL 60148

DeWalt
PO Box 91330
Chicago, IL 60693-1330


Fasco America
PO BOx 2389
Muscle Shoals, AL 35662


FP Mailing Solutions
PO BOx 4272
Carol Stream, IL 60197


Hawthorn Bank/C.U.
1519 North Naper Blvd.
Naperville, IL 60563


Hawthorn Bank/C.U.
1519 North Naper Blvd
Naperville, IL 60563


Hitachi Koki, USA. Ltd.
3950 Steve Reynolds Blvd.
Norcross, GA 30093


Hugo's Equipment Repair
415 W. Kay Ave.
Addison, IL 60101


Hunton & Williams LLP.
Bank of America Plaza Suite 4100
600 Peachtree St. NE
Atlanta, GA 30308-2216


Intercorp
1920 East Devon Ave.
Elk Grove Village, IL 60007


Irwin Industrial Tool Co.
PO Box 92026
Chicago, IL 60675


Kyle Kotrba
1115 Collingwood Dr
Naperville, IL 60540

Kyle Kotrba
1115 Collingwood Dr.
Naperville, IL 60540


Kyle Kotrba
1115 Collingwood DR.
Naperville, IL 60540


Kyle Kotrba
1115 Collingwood Dr.
Naperville, IL 60540


Kyle Kotrba
1115 Collingwood Dr.
Naperville, IL 60540


Linc Systems
PO Box 7086
Indianapolis, IN 46207


Lumberman's
1551 Crescent Lake Dr.
Montgomery, IL 60538


Mazel & Co
4300 W. Ferdinand St.
Chicago, IL 60624


Minuteman Press
1577 Naperville
Naperville, IL 60563


MKT Fastening
1 Gunnebo Dr
Lonoke, AR 72086


National Case In
Dept. 4020 PO Box 87618
Chicago, IL 60680


NEBS
500 Main Street
Groton, MA 01471

Nextel
Sprint PO Box 4181
Carol Stream, IL 60197


Nicole Kotrba
1115 Collingwood Dr.
Naperville, IL 60540


Nicor
PO Box 416
Aurora, IL 60568


Peace Industries, Ltd.
1438 Paysphere Circle
Chicago, IL 60674


Porteous Fastener
PO Box 31001-0838
Pasadena, CA 91110-0838


Power Equip Co.
4376 Paysphere Circle
Chicago, IL 60674


Prime Source
2517 Paysphere Circle
Chicago, IL 60674


R.S. Hughes Co. Inc.
869-B South Rohlwing Rd.
Addison, IL 60101


Regal
Service Tool
PO Box 12240
New Iberia, LA 70562


Sam's Club
PO Box 9001907
Louisville, KY 40290


Schreeder, Wheeler and Flint
1100 Peachtree St.
Suite #800
Atlanta, GA 30309

Selective Insurance
PO Box 3711468
Pittsburgh, PA 15250-7468


Senco
PO Box 633876
Cincinnati, OH 45263


Simpson Strong Tie
PO Box 45687
San Francisco, CA 94145


Stabila Inc.
PO Box 402
South Elgin, IL 60177-0402


Stafda
PO Box 44
500 Elm Grove Rd
Elm Grove, WI 53122


United Parcel Service
Lockbox 577
Carol Stream, IL 60132


W.H. Maze Company
100 Church St.
Peru, IL 61354

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Industrial Staple Sales and Construction Supply Company, Inc.**          Case No.                                

                                                 Debtor(s)          Chapter      **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Industrial Staple Sales and Construction Supply Company, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 31, 2007** | **/s/ Kent A. Gaertner** |
| Date | **Kent A. Gaertner 3121489** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Industrial Staple Sales and Construction Supply Company, Inc.** |
| | **Springer, Brown, Covey, Gaertner & Davis, L.L.C.** |
| | **400 S. County Farm Road** |
| | **Suite 330** |
| | **Wheaton, IL 60187** |
| | **630-510-0000 Fax:630-510-0004** |