# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INDUSTRIAL STAPLE SALES AND CONSTRU | § | Case No. 07-13696 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                              $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                    . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $                    as interim compensation and now requests a sum of $                    , for a total compensation of $                    [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $                    , and now requests reimbursement for expenses of $                    , for total expenses of $                    [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 07-13696 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | |

For Period Ending: 02/18/15

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 07/31/07 (f) |
| 341(a) Meeting Date: | 09/12/07 |
| Claims Bar Date: | 12/03/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | CORPORATE CHECKING ACCOUNT AT AMCORE BANK | 25,500.00 | 0.00 | | 36,500.00 | FA |
| | After discussion with atty for Amcore Bank, it appears that Amcore will sweep bank account to setoff against secured claim | | | | | |
| 2. | CORPORATE CHECKING ACCOUNT AT LASALLE BANK | 4,274.21 | 0.00 | | 4,411.21 | FA |
| 3. | SECURITY DEPOSIT WITH LANDLORD ANGELA BAUMGARTNER, | 2,000.00 | 0.00 | | 0.00 | FA |
| | Trustee will conduct auction sale on premises and use security deposit to pay August 2007 rent. | | | | | |
| 4. | ACCOUNTS RECEIVABLE- SEE LIST ATTACHED TO SCHEDULE | 149,000.00 | 44,056.33 | | 43,180.34 | FA |
| | Trustee forwarded mail and is collecting A/R | | | | | |
| 5. | 2005 SPRINTER 2500 VAN W/98 K MILES | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. | 2004 CHEVROLET VAN E 3500 W/ 97 K MILES | 9,500.00 | 9,250.00 | | 9,250.00 | FA |
| 7. | 2004 DODGE 1500 PICKUP W/ 105 K MILES | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. | MISCELLANEOUS OFFICE EQUIPMENT, DESKS, CHAIRS, COP | 10,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9. | TOOLS, CONSTRUCTION SUPPLIES, FASTENERS AND COMPRE | 100,000.00 | 42,544.65 | | 42,544.65 | FA |
| 10. | CAUSE OF ACTION (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 276.48 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $323,774.21 | $100,850.98 | | $141,162.68 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted for review

February 03, 2015, 12:10 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-13696   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Date Filed (f) or Converted (c): | 07/31/07 (f) |
| | | 341(a) Meeting Date: | 09/12/07 |
| | | Claims Bar Date: | 12/03/07 |

Trustee to prepare TFR

October 16, 2014, 01:36 pm

Trustee to review claims and file final report.

October 17, 2013, 02:24 pm

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 03/31/15

/s/     GINA B. KROL

_____     Date: 02/18/15

GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 07-13696 -DRC | | Trustee Name: | GINA B. KROL | |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******4451  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******2782 | | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/07 | 2 | LaSalle National Bank 135 S. LaSalle St. Chicago, IL  60603 | Ending bank account balance | 1129-000 | 4,411.21 | | 4,411.21 |
| * 08/29/07 | 4 | various accounts receivable | A/R Account Receivable due Debtor | 1121-003 | 21,404.70 | | 25,815.91 |
| 08/29/07 | 4 | Schueler's Custom Carpentry 3N584 IL Rt. 47 Maple Park, IL  60151 | A/R Account Receivable due Debtor | 1121-000 | 98.54 | | 25,914.45 |
| 08/30/07 | 4 | Dresser Piping Specialities 41 Fisher Ave. Bradford, PA  16701 | A/R Account Receivable due Debtor | 1121-000 | 310.28 | | 26,224.73 |
| 08/30/07 | 4 | Steppenwolf Theatre Company 758 W. North Ave. Chicago, IL  60610 | A/R Account Receivable due Debtor | 1121-000 | 132.20 | | 26,356.93 |
| 08/30/07 | 4 | Charlestowne Kitchen & Bath 1519 E. Main St. St. Charles, IL 60174 | A/R Account Receivable due Debtor | 1121-000 | 864.33 | | 27,221.26 |
| 09/04/07 | 4 | Stern Pinball, Inc. 2020 Janice Ave. Melrose Park,  IL 60160 | A/R Account Receivable due Debtor | 1121-000 | 235.95 | | 27,457.21 |
| 09/04/07 | 4 | Stevens Exhibits /Display, Inc. 3900 S. Union Ave. Chicago, IL  60609 | A/R Account Receivable due Debtor | 1121-000 | 60.51 | | 27,517.72 |
| 09/04/07 | 4 | Fritkin-Jones Design Group, Inc. 3300 W. Franklin Blvd. Chicago, IL  60624 | A/R Account Receivable due Debtor | 1121-000 | 427.41 | | 27,945.13 |
| 09/04/07 | 4 | Riverton Custom Cabinetry 22000 Schoolhouse Rd. New Lenox, IL  60451 | A/R Account Receivable due Debtor | 1121-000 | 199.50 | | 28,144.63 |
| 09/04/07 | 4 | Magnetrol International Inc. | A/R | 1121-000 | 84.95 | | 28,229.58 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | |
|---|---|
| Case No: | 07-13696  -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 02/18/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Downers Grove, IL 60515 | Account Receivable due Debtor | | | | |
| 09/04/07 | 4 | Randal Displays Inc. | A/R | 1121-000 | 186.00 | | 28,415.58 |
| | | 507 N. Raddant Rd. | Account Receivable due Debtor | | | | |
| | | Batavia, IL 60510 | | | | | |
| 09/04/07 | 4 | TLC Industries, Inc. | A/R | 1121-000 | 895.00 | | 29,310.58 |
| | | 815 Lunt Ave. | Account Receivable due Debtor | | | | |
| | | Schaumburg, IL 60193 | | | | | |
| 09/04/07 | 4 | Jamie Kain | A/R | 1121-000 | 200.00 | | 29,510.58 |
| | | 220 Gold River Ave. | Account Receivable due Debtor | | | | |
| | | Rockford, IL 61102 | | | | | |
| 09/10/07 | 6 | American Auction Associates, Inc. | Sale of 2004 Chevy Van | 1129-000 | 9,250.00 | | 38,760.58 |
| | | 8515 S. Thomas Ave; | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 09/10/07 | 4 | American Auction Associates, Inc. | A/R | 1121-000 | 149.64 | | 38,910.22 |
| | | on behalf of SB Woodworking | Account Receivable due Debtor | | | | |
| 09/13/07 | 4 | Marvel Office Furniture | A/R | 1121-000 | 800.00 | | 39,710.22 |
| | | 3843 W. 43rd St. | Account Receivable due Debtor | | | | |
| | | Chicago,IL 60632 | | | | | |
| 09/13/07 | 4 | Triad Boiler Systems | A/R | 1121-000 | 65.45 | | 39,775.67 |
| | | 1099 Atlantic Drive, Unit 2 | Account Receivable due Debtor | | | | |
| | | West Chicago, IL  60185 | | | | | |
| 09/13/07 | 000301 | Hawthorne Credit Union | Payoff of vehicle | 4220-000 | | 7,640.79 | 32,134.88 |
| | | 1519 N. Naper Boulevard | | | | | |
| | | Naperville, IL  60563 | | | | | |
| 09/17/07 | 4 | ASP | A/R | 1121-000 | 587.50 | | 32,722.38 |
| | | 6312 W. 74th St. | Account Receivable due Debtor | | | | |
| | | Chicago, IL  60638 | | | | | |
| 09/17/07 | 4 | Chicago Panel & Truss | A/R | 1121-000 | 1,346.14 | | 34,068.52 |
| | | 875 Aurora Ave. | Account Receivable due Debtor | | | | |
| | | Aurora, IL 60505 | | | | | |
| 09/17/07 | 4 | Armor Tile & Supply | A/R | 1121-000 | 1,584.70 | | 35,653.22 |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-13696 -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| | |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 02/18/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 13700 S. Cicero Ave. | Account Receivable due Debtor | | | | |
| | | Crestwood, IL  60445 | | | | | |
| 09/19/07 | 4 | Fence Masters, Inc. | A/R | 1121-000 | 1,495.00 | | 37,148.22 |
| | | P.O. Box 640 | Account Receivable due Debtor | | | | |
| | | 20400 S. Cottage Grove | | | | | |
| | | Chicago Heights, IL  60412 | | | | | |
| 09/19/07 | 4 | Randal Display, Inc. | A/R | 1121-000 | 348.50 | | 37,496.72 |
| | | 507 Raddant Rd. | Account Receivable due Debtor | | | | |
| | | Batavia, IL  60515 | | | | | |
| 09/19/07 | 4 | Superior Stairs, Inc. | A/R | 1121-000 | 292.71 | | 37,789.43 |
| | | 116 E. Washington St., Ste. 1 | Account Receivable due Debtor | | | | |
| | | Morris, IL  60450 | | | | | |
| 09/19/07 | 4 | Main Steel Polishing Company, Inc. | A/R | 1121-000 | 1,622.10 | | 39,411.53 |
| | | 2 Hance Ave. | Account Receivable due Debtor | | | | |
| | | Tinton Falls, NJ  07724 | | | | | |
| 09/20/07 | 8, 9 | American Auction Associates, Inc. | | 1129-000 | 47,544.65 | | 86,956.18 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 09/20/07 | 4 | Chicago Mettalic Corp. | A/R | 1121-000 | 83.95 | | 87,040.13 |
| | | 4849 S. Austin Ave. | Account Receivable due Debtor | | | | |
| | | Chicago, IL  60638 | | | | | |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 25.43 | | 87,065.56 |
| 10/02/07 | 4 | Central Specialties | A/R | 1121-000 | 216.50 | | 87,282.06 |
| | | 220-D Exchange Dr. | Account Receivable due Debtor | | | | |
| | | Crystal Lake, IL  60014 | | | | | |
| 10/02/07 | 4 | Clarin | A/R | 1121-000 | 837.00 | | 88,119.06 |
| | | 927 N. Shore Dr. | Account Receivable due Debtor | | | | |
| | | Lake Bluff, IL  60044 | | | | | |
| 10/02/07 | 4 | Pyramid Custom Cabinets | A/R | 1121-000 | 1,470.80 | | 89,589.86 |
| | | 20713 W. Gaskin Dr. | Account Receivable due Debtor | | | | |
| | | Lockport, IL  60441 | | | | | |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | |
|---|---|
| Case No: | 07-13696  -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| | |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 02/18/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/08/07 | 4 | Central Specialties, Ltd. 220-D Exchange Dr. Crystal Lake, IL | A/R Account Receivable due Debtor | 1121-000 | 84.65 | | 89,674.51 |
| | 10/08/07 | 4 | Fort Dearborn 4115 W. St. Charles Rd. Bellwood, IL  60104 | A/R Account Receivable due Debtor | 1121-000 | 307.00 | | 89,981.51 |
| | 10/10/07 | 4 | Triad Boiler Systems 1099 Atlantic Drive, Unit 2 West Chicago, IL  60185 | A/R Account Receivable due Debtor | 1121-000 | 143.45 | | 90,124.96 |
| * | 10/15/07 | 4 | various accounts receivable | A/R trustee is reversing entry because one check in the amount of $875.99 in the "batch" deposit did not clear. | 1121-003 | -21,404.70 | | 68,720.26 |
| | 10/15/07 | 4 | TLC Industries, Inc. 815 Lunt Ave. Schaumburg, IL  60193 | A/R Account Receivable due Debtor | 1121-000 | 735.00 | | 69,455.26 |
| * | 10/15/07 | 4 | Brueckner Framing Inc. 661 Plum Street DeKalb, IL  60115 | A/R Account Receivable due Debtor, replaces previously tendered check which was deposited on 8/29/07 by trustee but did not clear | 1121-003 | 875.99 | | 70,331.25 |
| * | 10/15/07 | 4 | Brueckner Framing Inc. 661 Plum Street DeKalb, IL  60115 | A/R | 1121-003 | -875.99 | | 69,455.26 |
| | 10/15/07 | 4 | Various A/R | | 1121-000 | 21,404.70 | | 90,859.96 |
| * | 10/15/07 | | Brueckner Framing, Inc. 661 Plum Street DeKalb, IL  60115 | A/R Account Receivable due Debtor, replaces previously issued check which did not clear.  Original check was contained in "batch" a/r deposit dated 8/29/07. | 1121-003 | 875.99 | | 91,735.95 |
| * | 10/15/07 | | Reverses Adjustment IN on 10/15/07 | A/R | 1121-003 | -875.99 | | 90,859.96 |
| * | 10/15/07 | | Various A/R | Various A/R Trustee makes this adjustment to account for | 1121-003 | 20,528.71 | | 111,388.67 |

LFORM2T4

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-13696 -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |

Taxpayer ID No: *******2782
For Period Ending: 02/18/15

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/15/07 | | Reverses Adjustment IN on 10/15/07 | reversal of deposit dated 8/29/07 which contained a check in the amount of $875.99 which did not clear Various A/R Entered in Error | 1121-003 | -20,528.71 | | 90,859.96 |
| 10/22/07 | 4 | Castle Craft Products P.O. Box 7286 Villa Park, IL  60181 | A/R Account Receivable due Debtor | 1121-000 | 62.50 | | 90,922.46 |
| 10/22/07 | 4 | Rivetron Custom Cabinetry 22000 Schoolhouse Rd. New Lenox, IL 60451 | A/R Account Receivable due Debtor | 1121-000 | 102.50 | | 91,024.96 |
| 10/22/07 | 000302 | American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL  60655 | Auctioneer Expenses per Court Order | 3620-000 | | 6,435.94 | 84,589.02 |
| 10/31/07 | 4 | Fritikin-Jones Design Group 3300 W. Franklin Blvd. Chicago, IL  60624 | A/R Account Receivable due Debtor | 1121-000 | 150.06 | | 84,739.08 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 56.72 | | 84,795.80 |
| 11/19/07 | 4 | Fritkin-Jones Design Group, Inc. 3300 W. Franklin Blvd. Chicago, IL  60624 | A/R Account Receivable due Debtor | 1121-000 | 647.79 | | 85,443.59 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 45.46 | | 85,489.05 |
| 12/05/07 | 4 | Coca Cola Bottling Company | A/R Account Receivable due Debtor | 1121-000 | 38.91 | | 85,527.96 |
| 12/11/07 | 4 | Main Steel Polishing Company, Inc. 2 Hance Ave. Tinton Falls, NJ  07724 | A/R Account Receivable due Debtor | 1121-000 | 359.00 | | 85,886.96 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 40.97 | | 85,927.93 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 34.05 | | 85,961.98 |
| 02/11/08 | 000303 | International Sureties, Ltd. Suite 420 701 Poydras Street | | 2300-000 | | 80.84 | 85,881.14 |

FORM 2

Page:   6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-13696 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4451 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2782 | | |
| For Period Ending: | 02/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 02/12/08 | 4 | Blakeslee | A/R | 1121-000 | 383.55 | | 86,264.69 |
| | | 1844 S. Laramie Ave. | Account Receivable due Debtor | | | | |
| | | Cicero, IL  60804 | | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 20.46 | | 86,285.15 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 20.39 | | 86,305.54 |
| 04/25/08 | 000304 | Gina B. Krol | trustee fee per court order | 2100-000 | | 8,050.23 | 78,255.31 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000305 | Gina B. Krol | Atty Fees per Court Order | 3110-000 | | 1,193.75 | 77,061.56 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000306 | Cohen & Krol | atty fees per court order | 3110-000 | | 2,387.50 | 74,674.06 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000307 | Cohen & Krol | atty expenses per ct order | 3320-000 | | 154.51 | 74,519.55 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000308 | Amcore Bank | Interim Payment to Secured Creditor | 4210-000 | | 60,000.00 | 14,519.55 |
| | | c/o Mr. Fred Harbecke | Per Court Order | | | | |
| | | 29 S. LaSalle St., Ste. 945 | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 16.98 | | 14,536.53 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.84 | | 14,538.37 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.80 | | 14,540.17 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.85 | | 14,542.02 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.84 | | 14,543.86 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.80 | | 14,545.66 |
| 10/07/08 | 4 | Shiffler Builders | A/R | 1121-000 | 337.87 | | 14,883.53 |
| | | 25 E. North Ave. | Account Receivable due Debtor | | | | |
| | | Naperville, IL  60540 | | | | | |

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-13696 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2782 | | |
| For Period Ending: | 02/18/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/08 | 4 | Wall Tech Siding, Inc. | A/R | 1121-000 | 115.26 | | 14,998.79 |
| | | 43 w 414 Hawkeye Dr. | Account Receivable due Debtor | | | | |
| | | Elburn, IL  60119 | | | | | |
| 10/07/08 | 4 | Colony, Inc. | A/R | 1121-000 | 3,538.10 | | 18,536.89 |
| | | 2500 Glavin Drive | Account Receivable due Debtor | | | | |
| | | Elgin, IL  60124 | | | | | |
| 10/07/08 | 4 | James H. McCloud | A/R | 1121-000 | 62.42 | | 18,599.31 |
| | | 5 N. Sleight | Account Receivable due Debtor | | | | |
| | | Naperville, IL  60563 | | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.65 | | 18,600.96 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.52 | | 18,602.48 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.94 | | 18,603.42 |
| 01/05/09 | 4 | Rock Solid Installations, Inc. | A/R | 1121-000 | 112.92 | | 18,716.34 |
| | | 1274 S. Lloyd Ave. | Account Receivable due Debtor | | | | |
| | | Lombard, IL60148 | | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,716.49 |
| 02/17/09 | 000309 | International Sureties Ltd. | BOND | 2300-000 | | 14.57 | 18,701.92 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,702.06 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,702.22 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 18,702.63 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,703.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,703.57 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,704.05 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,704.53 |
| 09/02/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 18,704.55 |
| 09/02/09 | | Transfer to Acct #*******9925 | Final Posting Transfer | 9999-000 | | 18,704.55 | 0.00 |
| *  04/01/14 | 000310 | International Sureties Ltd. | BOND | 2300-003 | | 0.77 | -0.77 |
| | | Suite 420 | BOND | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM2T4

Ver: 18.04

Page:    8

**FORM 2** **Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-13696 -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| | |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 02/18/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/03/15 | 000310 | 701 Poydras St. New Orleans, LA 70139 International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND | 2300-003 | | -0.77 | 0.00 |
| 02/18/15 | | LaSalle Bank | Bank Accounts | | 36,500.00 | | 36,500.00 |
| | | | Funds were set off by secured creditor | | | | |
| | | LA SALLE BANK | Memo Amount:        36,500.00 | 1129-000 | | | |
| | | | Bank Accounts | | | | |
| | | | Debtor Bank Account turned over to Secured | | | | |
| | | | Creditor | | | | |
| * 02/18/15 | 000311 | Amcore Bank | Set Off of Secured Claim | 4210-003 | | 36,500.00 | 0.00 |
| * 02/18/15 | 000311 | Amcore Bank | Set Off of Secured Claim | 4210-003 | | -36,500.00 | 36,500.00 |
| 02/18/15 | | Amcore Bank | Bank Set Off | 4210-000 | | 36,500.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 36,500.00 | Account  *******4451 | Balance Forward | 0.00 | 13 Checks | 85,958.13 |
| Memo Allocation Disbursements: | 0.00 | 51 Deposits | 140,886.20 | 1 Adjustments Out | 36,500.00 |
| | | 25 Interest Postings | 276.48 | 1 Transfers Out | 18,704.55 |
| Memo Allocation Net: | 36,500.00 | Subtotal | $    141,162.68 | Total | $    141,162.68 |
| | | 4 Adjustments In | 0.00 | | |
| | | 0 Transfers In | 0.00 | | |
| | | Total | $    141,162.68 | | |

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-13696  -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |

| | |
|---|---|
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 02/18/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9925  BofA - Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/09 | | Transfer from Acct #*******4451 | Final Posting Transfer | 9999-000 | 18,704.55 | | 18,704.55 |
| 09/02/09 | 003001 | Gina B. Krol | 506(c) fees per court order | 2100-000 | | 2,312.91 | 16,391.64 |
| | | 105 W. Madison St. | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 09/02/09 | 003002 | Amcore Bank | Balance of Collateral per Order | 4210-000 | | 16,391.64 | 0.00 |
| | | c/o  Mr.  Fred Harbecke | | | | | |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 945 | | | | | |
| | | Chicago, IL  60602 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | | | |
| | Memo Allocation Disbursements: | 0.00 | | | |
| | Memo Allocation Net: | 0.00 | | | |

| Account | *******9925 | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 2 | Checks | 18,704.55 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $  0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $  18,704.55 |
| 1 | Transfers In | 18,704.55 | | | |
| | Total | $  18,704.55 | | | |

Ver: 18.04

FORM 2

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-13696  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9925  BofA - Checking Account |
| Taxpayer ID No: | *******2782 | | |
| For Period Ending: | 02/18/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Report Totals | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 36,500.00 | | Balance Forward | | 0.00 | 15 | Checks | 104,662.68 |
| Total Allocation Disbursements: | 0.00 | 51 | Deposits | 140,886.20 | | 1 | Adjustments Out | 36,500.00 |
| | | 25 | Interest Postings | 276.48 | | 1 | Transfers Out | 18,704.55 |
| Total Memo Allocation Net: | 36,500.00 | | Subtotal | $ | 141,162.68 | | | |
| | | | | | | | Total | $  159,867.23 |
| | | 4 | Adjustments In | | 0.00 | | | |
| | | 1 | Transfers In | 18,704.55 | | | | |
| | | | Total | $ | 159,867.23 | | Net Total Balance | $  0.00 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 02/18/15

GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 18, 2015 |
|---|---|---|---|---|---|---|

Case Number:   07-13696                                         Priority Sequence

Debtor Name:   INDUSTRIAL STAPLE SALES AND CONSTRU                      Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL60602 | Administrative | | $0.00 | $10,363.14 | $10,363.14 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,387.50 | $2,387.50 |
| 001<br>3110-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,193.75 | $1,193.75 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $154.51 | $154.51 |
| 000002<br>010<br>4210-00 | AMCORE BANK N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago. IL 60603 | Secured | | $150,000.00 | $323,337.47 | $323,337.47 |
| 000001<br>070<br>7100-90 | Commonwealth Edison<br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue<br>Managem<br>Oakbrook, IL 60523 | Unsecured | | $209.89 | $332.39 | $332.39 |
| 000003<br>070<br>7100-90 | W.H. Maze Company<br>100 Church St.<br>Peru, IL 61354 | Unsecured | | $304.60 | $304.60 | $304.60 |
| 000004<br>070<br>7100-90 | Coilhose Pneumatics<br>19 Kimberly Rd.<br>East Brunswick, NJ 08816 | Unsecured | | $604.51 | $604.51 | $604.51 |
| 000005<br>070<br>7100-90 | Fasco America<br>PO BOx 2389<br>Muscle Shoals, AL 35662 | Unsecured | | $2,198.17 | $2,198.17 | $2,198.17 |
| 000006<br>070<br>7100-90 | Senco Product<br>Attn: Credit<br>8485 Broadwell<br>Cincinnati, Ohio 45244 | Unsecured | | $0.00 | $17,520.48 | $17,520.48 |
| 000007<br>070<br>7100-90 | United Parcel Service<br>c/o RMS Bankruptcy Recovery<br>Services<br>P.O. Box 4396<br>Timonium, Maryland 21094<br>Telephone Number: (410) 773-4029 | Unsecured | | $54.62 | $169.81 | $169.81 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 18, 2015

| Case Number: | 07-13696 | | Priority Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-90 | Commonwealth Edison<br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue<br>Managem<br>Oakbrook, IL 60523 | Unsecured | | $0.00 | $332.39 | $332.39 |
| 000009<br>070<br>7100-90 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $21,836.91 | $22,643.35 | $22,643.35 |
| 000010<br>070<br>7100-90 | Irwin Industrial Tools, Subsidiary of<br>Newell Rubbermaid, Inc.<br>Attn: Gary Popp<br>29 East Stephenson Street, IN1521<br>Freeport, IL 61032 | Unsecured | | $1,136.94 | $1,136.94 | $1,136.94 |
| 000011<br>070<br>7100-90 | Lumberman"s Wholesale, Inc.<br>c/o Steven D. Titiner<br>Truemper & Titiner<br>1700 N. Farnsworth Ave.<br>Aurora, IL 60505 | Unsecured | | $3,711.12 | $3,711.12 | $3,711.12 |
| 000012<br>070<br>7100-90 | Robert Bosch Tool Corporation<br>1800 W. Central Road<br>Mount Prospect, IL 60056 | Unsecured | | $36.67 | $36.67 | $36.67 |
| 000013<br>070<br>7100-90 | Simpson Strong Tie<br>PO Box 45687<br>San Francisco, CA 94145 | Unsecured | | $426.20 | $426.20 | $426.20 |
| 000014<br>070<br>7100-90 | ADT Security Services<br>c/o ADT Security Systems, Inc.<br>14200 East Exposition Avenue<br>Aurora, CO 80012 | Unsecured | | $66.66 | $1,492.93 | $1,492.93 |
| 000015<br>070<br>7100-90 | Peace Industries, Ltd.<br>1100 Hicks Road<br>Rolling Meadows, IL 60008 | Unsecured | | $25,862.50 | $25,904.17 | $25,904.17 |
| 000016<br>070<br>7100-90 | Avaya, Inc.<br>c/o RMS Bankruptcy Recovery<br>Services<br>P O Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $113.46 | $113.46 |
| 000017<br>070<br>7100-90 | Mazel & Co<br>4300 W. Ferdinand St.<br>Chicago, IL 60624 | Unsecured | | $5,107.51 | $5,107.51 | $5,107.51 |
| 000018<br>070<br>7100-90 | Hitachi Koki, USA. Ltd.<br>600 Peachtree St. NE<br>Atlanta, GA 30308-2219 | Unsecured | | $209,169.96 | $219,354.10 | $219,354.10 |

Page 3

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 18, 2015

| Case Number: | 07-13696 | | Priority Sequence | | | | |
|---|---|---|---|---|---|---|---|
| Debtor Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Administrative | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $420,726.26 | $638,825.17 | $638,825.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-13696 DRC
Case Name: INDUSTRIAL STAPLE SALES AND CONSTRU
Trustee Name: GINA B. KROL

Balance on hand                                            $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | AMCORE BANK N.A. c/o Fred R. Harbecke 29 S. LaSalle, Suite 945 Chicago. IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors              $_____

Remaining Balance                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: Gina B. Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 000001 | Commonwealth Edison<br>2100 Swift Drive<br>Attn: Bankruptcy<br>Section/Revenue Managem<br>Oakbrook, IL 60523 | $ | $ | $ |
| 000003 | W.H. Maze Company<br>100 Church St.<br>Peru, IL 61354 | $ | $ | $ |
| 000004 | Coilhose Pneumatics<br>19 Kimberly Rd.<br>East Brunswick, NJ 08816 | $ | $ | $ |
| 000005 | Fasco America<br>PO BOx 2389<br>Muscle Shoals, AL 35662 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Senco Product<br>Attn: Credit<br>8485 Broadwell<br>Cincinnati, Ohio 45244 | $ | $ | $ |
| 000007 | United Parcel Service<br>c/o RMS Bankruptcy<br>Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland<br>21094<br>Telephone Number: (410)<br>773-4029 | $ | $ | $ |
| 000008 | Commonwealth Edison<br>2100 Swift Drive<br>Attn: Bankruptcy<br>Section/Revenue Managem<br>Oakbrook, IL 60523 | $ | $ | $ |
| 000009 | American Express Bank<br>FSB<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000010 | Irwin Industrial Tools,<br>Subsidiary of<br>Newell Rubbermaid, Inc.<br>Attn: Gary Popp<br>29 East Stephenson Street,<br>IN1521<br>Freeport, IL 61032 | $ | $ | $ |
| 000011 | Lumberman"s Wholesale,<br>Inc.<br>c/o Steven D. Titiner<br>Truemper & Titiner<br>1700 N. Farnsworth Ave.<br>Aurora, IL 60505 | $ | $ | $ |
| 000012 | Robert Bosch Tool<br>Corporation<br>1800 W. Central Road<br>Mount Prospect, IL 60056 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Simpson Strong Tie PO Box 45687 San Francisco, CA 94145 | $ | $ | $ |
| 000014 | ADT Security Services c/o ADT Security Systems, Inc. 14200 East Exposition Avenue Aurora, CO 80012 | $ | $ | $ |
| 000015 | Peace Industries, Ltd. 1100 Hicks Road Rolling Meadows, IL 60008 | $ | $ | $ |
| 000016 | Avaya, Inc. c/o RMS Bankruptcy Recovery Services P O Box 5126 Timonium, Maryland 21094 | $ | $ | $ |
| 000017 | Mazel & Co 4300 W. Ferdinand St. Chicago, IL 60624 | $ | $ | $ |
| 000018 | Hitachi Koki, USA. Ltd. 600 Peachtree St. NE Atlanta, GA 30308-2219 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


        Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

        Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE