# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INDUSTRIAL STAPLE SALES AND CONSTRU | § | Case No. 07-13696 DRC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/27/2015 in Courtroom 241,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/18/2015          By: CLERK OF BANKRUPTCY COURT
                                                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
INDUSTRIAL STAPLE SALES AND § Case No. 07-13696 DRC
CONSTRU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 141,162.68 |
| and approved disbursements of | $ 141,162.68 |
| leaving a balance on hand of[1] | $ 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | AMCORE BANK N.A. c/o Fred R. Harbecke 29 S. LaSalle, Suite 945 Chicago. IL 60603 | $ 323,337.47 | $ 323,337.47 | $ 66,391.64 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 10,363.14 | $ 10,363.14 | $ 0.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,387.50 | $ 2,387.50 | $ 0.00 |
| Other: Gina B. Krol | $ 1,193.75 | $ 1,193.75 | $ 0.00 |
| Other: Cohen & Krol | $ 154.51 | $ 154.51 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     0.00

Remaining Balance     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 301,388.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison<br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue Managem<br>Oakbrook, IL 60523 | $ 332.39 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | W.H. Maze Company<br>100 Church St.<br>Peru, IL 61354 | $ 304.60 | $ 0.00 | $ 0.00 |
| 000004 | Coilhose Pneumatics<br>19 Kimberly Rd.<br>East Brunswick, NJ 08816 | $ 604.51 | $ 0.00 | $ 0.00 |
| 000005 | Fasco America<br>PO BOx 2389<br>Muscle Shoals, AL 35662 | $ 2,198.17 | $ 0.00 | $ 0.00 |
| 000006 | Senco Product<br>Attn: Credit<br>8485 Broadwell<br>Cincinnati, Ohio 45244 | $ 17,520.48 | $ 0.00 | $ 0.00 |
| 000007 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094<br>Telephone Number: (410) 773-4029 | $ 169.81 | $ 0.00 | $ 0.00 |
| 000008 | Commonwealth Edison<br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue Managem<br>Oakbrook, IL 60523 | $ 332.39 | $ 0.00 | $ 0.00 |
| 000009 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | $ 22,643.35 | $ 0.00 | $ 0.00 |
| 000010 | Irwin Industrial Tools, Subsidiary of Newell Rubbermaid, Inc.<br>Attn: Gary Popp<br>29 East Stephenson Street, IN1521<br>Freeport, IL 61032 | $ 1,136.94 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Lumberman"s Wholesale, Inc. c/o Steven D. Titiner Truemper & Titiner 1700 N. Farnsworth Ave. Aurora, IL 60505 | $ 3,711.12 | $ 0.00 | $ 0.00 |
| 000012 | Robert Bosch Tool Corporation 1800 W. Central Road Mount Prospect, IL 60056 | $ 36.67 | $ 0.00 | $ 0.00 |
| 000013 | Simpson Strong Tie PO Box 45687 San Francisco, CA 94145 | $ 426.20 | $ 0.00 | $ 0.00 |
| 000014 | ADT Security Services c/o ADT Security Systems, Inc. 14200 East Exposition Avenue Aurora, CO 80012 | $ 1,492.93 | $ 0.00 | $ 0.00 |
| 000015 | Peace Industries, Ltd. 1100 Hicks Road Rolling Meadows, IL 60008 | $ 25,904.17 | $ 0.00 | $ 0.00 |
| 000016 | Avaya, Inc. c/o RMS Bankruptcy Recovery Services P O Box 5126 Timonium, Maryland 21094 | $ 113.46 | $ 0.00 | $ 0.00 |
| 000017 | Mazel & Co 4300 W. Ferdinand St. Chicago, IL 60624 | $ 5,107.51 | $ 0.00 | $ 0.00 |
| 000018 | Hitachi Koki, USA. Ltd. 600 Peachtree St. NE Atlanta, GA 30308-2219 | $ 219,354.10 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $         0.00

Remaining Balance        $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 07-13696-DRC
Industrial Staple Sales and Construction                                  Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster           Page 1 of 2              Date Rcvd: Feb 20, 2015
                              Form ID: pdf006           Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2015.
```
db         +Industrial Staple Sales and Construction Supply Co,  c/o Kyle Kotrba,  1115 Collingwood Dr.,
             Naperville, IL 60540-8308
11516209   +ADT Security Services,    PO Box 371967,   Pittsburgh, PA 15250-7967
11584749   +AMCORE BANK N.A.,   c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,   Chicago. IL 60603-1526
11516210   +Allied Packaging,   133 N. 25th Ave.,    Melrose Park, IL 60160-3061
11516211    Allied Waste Services,    PO Box 9001154,   Louisville, KY 40290-1154
11516212   +Amcore Bank,   501 Seventh St.,    P.O. Box 1537,   Rockford, IL 61110-0037
11600542   +Amcore Bank NA,   ANdy Jamrozy,    1523 Essington Road,   Joliet IL 60435-2879
11600541   +Amcore Bank Na,   c/o Fred R Harbecke,    29 S Lasalle Ste 945,   Chicago IL 60603-1526
11700211   +Amcore Bank, NA,   c/o Andy Jamrozy,    1523 Essington Road,   Joliet IL 60435-2879
11516213    American Express,   PO Box 0001,    Los Angeles, CA 90096-0001
11562423    American Express Bank FSB,    c/o Becket and Lee LLP,   P O Box 3001,   Malvern, PA 19355-0701
11516214   +Ample Supply,   11914 Oak Creek Parkway,    Huntley, IL 60142-6728
11516215   +Angela Baumgartner,    5421 Maurus Court,   Lisle, IL 60532-1851
11516216   +Angela Baumgartner,    5421 Maurus Ct.,   Lisle, IL 60532-1851
11516217   +Associated Engineering Corp.,    PO Box 346,   606 S. Lake St.,   Hustisford, WI 53034-9790
11516219    Avaya Inc.,   PO Box 5332,   New York, NY 10087-5332
11665497   +Avaya, Inc.,   c/o RMS Bankruptcy Recovery Services,    P O Box 5126,
             Timonium, Maryland 21094-5126
11516220   +B&D Service Center,    PO Box 91330,   Chicago, IL 60693-1330
11516221    Bank of America,   Business Card,    PO Box 15710,   Wilmington, DE 19886-5710
11516222   +Bosch Tool Group,   33243 Treasury Center,    Chicago, IL 60694-3200
11516223    Brooke F. Voelzke Hunton & Williams,    Bank of America Plaze Suite 4100,
             600 Peachtree St. NE.,    Atlanta, GA 30308-2216
11516224   +Carmax Auto Finance,    P.O. Box 3174,   Milwaukee, WI 53201-3174
11516225    Chase Visa,   PO Box 15153,   Wilmington, DE 19886-5153
11516226   +Coilhose Pneumatics,    19 Kimberly Rd.,   East Brunswick, NJ 08816-2010
11516228   +Daily Herald,   Paddock Publicans,    PO Box 6236,   Carol Stream, IL 60197-6236
11516230    DeWalt,   PO Box 91330,   Chicago, IL 60693-1330
11516229   +Dee&Bee Fasteners,    75 Eisenhower Lane South,   Lombard, IL 60148-5409
11516232   +FP Mailing Solutions,    PO BOx 4272,   Carol Stream, IL 60197-4272
11516231   +Fasco America,   PO BOx 2389,    Muscle Shoals, AL 35662-2389
11584744   +Franklin Capital Corporation,    c/o Fred R. Harbecke,   29 S. LaSalle, Suite 945,
             Chicago, IL 60603-1526
11516233   +Hawthorn Bank/C.U.,    1519 North Naper Blvd.,   Naperville, IL 60563-1501
11516235    Hitachi Koki, USA. Ltd.,    600 Peachtree St. NE,   Atlanta, GA 30308-2219
11516236   +Hugo’s Equipment Repair,    415 W. Kay Ave.,   Addison, IL 60101-4904
11516237    Hunton & Williams LLP.,    Bank of America Plaza Suite 4100,   600 Peachtree St. NE,
             Atlanta, GA 30308-2216
11516238   +Intercorp,   1920 East Devon Ave.,    Elk Grove Village, IL 60007-6022
11516239   +Irwin Industrial Tool Co.,    PO Box 92026,   Chicago, IL 60675-2026
11645512   +Irwin Industrial Tools, Subsidiary of,    Newell Rubbermaid, Inc.,   Attn: Gary Popp,
             29 East Stephenson Street, IN1521,    Freeport, IL 61032-0943
11516240   +Kyle Kotrba,   1115 Collingwood Dr,    Naperville, IL 60540-8308
11516245   +Linc Systems,   PO Box 7086,    Indianapolis, IN 46207-7086
11516246   +Lumberman’s,   1551 Crescent Lake Dr.,    Montgomery, IL 60538-1213
11647308   +Lumberman’s Wholesale, Inc.,    c/o Steven D. Titiner,   Truemper & Titiner,
             1700 N. Farnsworth Ave.,    Aurora, IL 60505-1186
11516249   +MKT Fastening,   1 Gunnebo Dr,    Lonoke, AR 72086-2914
11516247   +Mazel & Co,   4300 W. Ferdinand St.,    Chicago, IL 60624-1095
11516248   +Minuteman Press,    1577 Naperville,   Naperville, IL 60563-1556
11516251   +NEBS,   500 Main Street,   Groton, MA 01471-0001
11516250   +National Case In,    Dept. 4020 PO Box 87618,   Chicago, IL 60680-0618
11516252    Nextel,   Sprint PO Box 4181,    Carol Stream, IL 60197
11516253   +Nicole Kotrba,   1115 Collingwood Dr.,    Naperville, IL 60540-8308
11516255   +Peace Industries, Ltd.,    1100 Hicks Road,   Rolling Meadows, IL 60008-1016
11516256    Porteous Fastener,    PO Box 31001-0838,   Pasadena, CA 91110-0838
11516257   +Power Equip Co.,   4376 Paysphere Circle,    Chicago, IL 60674-0043
11516258   +Prime Source,   2517 Paysphere Circle,    Chicago, IL 60674-0025
11516260   +Regal,   Service Tool,   PO Box 12240,    New Iberia, LA 70562-2240
11647309   +Robert Bosch Tool Corporation,    1800 W. Central Road,   Mount Prospect, IL 60056-2230
11516261    Sam’s Club,   PO Box 9001907,    Louisville, KY 40290
11516262   +Schreeder, Wheeler and Flint,    1100 Peachtree St.,   Suite #800,   Atlanta, GA 30309-4516
11516264   +Senco,   PO Box 633876,   Cincinnati, OH 45263-3876
11622931   +Senco Product,   Attn: Credit,    8485 Broadwell,   Cincinnati, Ohio 45244-1644
11516265   +Simpson Strong Tie,    PO Box 45687,   San Francisco, CA 94145-0687
11516266    Stabila Inc.,   PO Box 402,    South Elgin, IL 60177-0402
11516267   +Stafda,   PO Box 44,   500 Elm Grove Rd,    Elm Grove, WI 53122-2546
11631313   +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,   P.O. Box 4396,
             Timonium, Maryland 21094-4396,    Telephone Number: (410) 773-4029
11516268   +United Parcel Service,    Lockbox 577,   Carol Stream, IL 60132-0577
11516269   +W.H. Maze Company,    100 Church St.,   Peru, IL 61354-3498
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 2                  Date Rcvd: Feb 20, 2015
                               Form ID: pdf006            Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11516218       +E-mail/Text: g17768@att.com Feb 21 2015 01:48:06     AT&T,    PO Box 9001309,
                 Louisville, KY 40290-1309
11516227       +E-mail/Text: legalcollections@comed.com Feb 21 2015 01:50:24      Commonwealth Edison,
                 2100 Swift Drive,   Attn: Bankruptcy Section/Revenue Managem,    Oakbrook, IL 60523-1559
11516254       +E-mail/Text: bankrup@aglresources.com Feb 21 2015 01:47:56      Nicor,    PO Box 416,
                 Aurora, IL 60568-0001
11516263        E-mail/Text: Bankruptcy@selective.com Feb 21 2015 01:48:42      Selective Insurance,
                 PO Box 3711468,   Pittsburgh, PA 15250-7468
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Defrees & Fiske LLC
11700210*      +Amcore Bank NA,   c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,    Chicago, IL 60603-1526
11516234*      +Hawthorn Bank/C.U.,    1519 North Naper Blvd.,    Naperville, IL 60563-1501
11516242*      +Kyle Kotrba,   1115 Collingwood DR.,    Naperville, IL 60540-8308
11516241*      +Kyle Kotrba,   1115 Collingwood Dr.,    Naperville, IL 60540-8308
11516243*      +Kyle Kotrba,   1115 Collingwood Dr.,    Naperville, IL 60540-8308
11516244*      +Kyle Kotrba,   1115 Collingwood Dr.,    Naperville, IL 60540-8308
11650336       ##+ADT Security Services,    c/o ADT Security Systems, Inc.,    14200 East Exposition Avenue,
                 Aurora, CO 80012-2540
11516259       ##+R.S. Hughes Co. Inc.,    869-B South Rohlwing Rd.,    Addison, IL 60101-4231
                                                                                         TOTALS: 1, * 6, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2015 at the address(es) listed below:
              Fred R Harbecke    on behalf of Creditor    Amcore Bank, N.A. fredrharbecke@sbcglobal.net
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Attorney    Cohen & Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Attorney Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Kent A Gaertner    on behalf of Debtor    Industrial Staple Sales and Construction Supply Company,
               Inc. kgaertner@springerbrown.com,    kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              L. Judson Todhunter    on behalf of Trustee Gina B Krol JTodhunter@howardandhoward.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 9
```