# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INDUSTRIAL STAPLE SALES AND CONSTRU | § | Case No. 07-13696 DRC |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carmax | | | | | |
| | Hawthorn Bank Credit Union | | | | | |
| | Hawthorn Bank Credit Union | | | | | |
| | AMCORE BANK | | | | | |
| 000002 | AMCORE BANK N.A. | | | | | |
| | HAWTHORNE CREDIT UNION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Packaging | | | | | |
| | Allied Waste Services | | | | | |
| | Ample Supply | | | | | |
| | Angela Baumgartner | | | | | |
| | Assoicated Engineering Corp. | | | | | |
| | At&T | | | | | |
| | B&D Service Center | | | | | |
| | Bank of America | | | | | |
| | Chase Visa | | | | | |
| | Daily Herald | | | | | |
| | DeWalt | | | | | |
| | Dee&Bee Fasteners | | | | | |
| | FP Mailing Solutions | | | | | |
| | Hugo's Equipment Repair | | | | | |
| | Hunton & Williams LLP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Intercorp | | | | | |
| | Kyle Kotrba | | | | | |
| | Linc Systems | | | | | |
| | MKT Fastening | | | | | |
| | Minuteman Press | | | | | |
| | NEBS | | | | | |
| | National Case | | | | | |
| | Nextel | | | | | |
| | Nicor | | | | | |
| | Porteous Fastener | | | | | |
| | Power Equipment | | | | | |
| | Prime Source | | | | | |
| | RS Hughes | | | | | |
| | Regal | | | | | |
| | Sam's Club | | | | | |
| | Schreeder, Wheeler & Flint | | | | | |
| | Selective Insurance | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seneco | | | | | |
| | Stablia Inc. | | | | | |
| | Stafda | | | | | |
| 000014 | ADT SECURITY SERVICES | | | | | |
| 000009 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000016 | AVAYA, INC. | | | | | |
| 000004 | COILHOSE PNEUMATICS | | | | | |
| 000001 | COMMONWEALTH EDISON | | | | | |
| 000008 | COMMONWEALTH EDISON | | | | | |
| 000005 | FASCO AMERICA | | | | | |
| 000018 | HITACHI KOKI, USA. LTD. | | | | | |
| 000010 | IRWIN INDUSTRIAL TOOLS, SUBSIDIARY | | | | | |
| 000011 | LUMBERMAN"S WHOLESALE, INC. | | | | | |
| 000017 | MAZEL & CO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | PEACE INDUSTRIES, LTD. | | | | | |
| 000012 | ROBERT BOSCH TOOL CORPORATION | | | | | |
| 000006 | SENCO PRODUCT | | | | | |
| 000013 | SIMPSON STRONG TIE | | | | | |
| 000007 | UNITED PARCEL SERVICE | | | | | |
| 000003 | W.H. MAZE COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 07-13696 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|

Case Name:   INDUSTRIAL STAPLE SALES AND CONSTRU

For Period Ending:  05/05/15

Trustee Name:        GINA B. KROL
Date Filed (f) or Converted (c):   07/31/07 (f)
341(a) Meeting Date:     09/12/07
Claims Bar Date:        12/03/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CORPORATE CHECKING ACCOUNT AT AMCORE BANK | 25,500.00 | 0.00 | | 36,500.00 | FA |
| After discussion with atty for Amcore Bank, it appears that Amcore will sweep bank account to setoff against secured claim | | | | | |
| 2. CORPORATE CHECKING ACCOUNT AT LASALLE BANK | 4,274.21 | 0.00 | | 4,411.21 | FA |
| 3. SECURITY DEPOSIT WITH LANDLORD ANGELA BAUMGARTNER, | 2,000.00 | 0.00 | | 0.00 | FA |
| Trustee will conduct auction sale on premises and use security deposit to pay August 2007 rent. | | | | | |
| 4. ACCOUNTS RECEIVABLE- SEE LIST ATTACHED TO SCHEDULE | 149,000.00 | 44,056.33 | | 43,180.34 | FA |
| Trustee forwarded mail and is collecting A/R | | | | | |
| 5. 2005 SPRINTER 2500 VAN W/98 K MILES | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. 2004 CHEVROLET VAN E 3500 W/ 97 K MILES | 9,500.00 | 9,250.00 | | 9,250.00 | FA |
| 7. 2004 DODGE 1500 PICKUP W/ 105 K MILES | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS OFFICE EQUIPMENT, DESKS, CHAIRS, COP | 10,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9. TOOLS, CONSTRUCTION SUPPLIES, FASTENERS AND COMPRE | 100,000.00 | 42,544.65 | | 42,544.65 | FA |
| 10. CAUSE OF ACTION (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 276.48 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $323,774.21 | $100,850.98 | | $141,162.68 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed

February 19, 2015, 12:10 pm

Ver: 18.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-13696   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Date Filed (f) or Converted (c): | 07/31/07 (f) |
| | | 341(a) Meeting Date: | 09/12/07 |
| | | Claims Bar Date: | 12/03/07 |

TFR submitted for review

February 03, 2015, 12:10 pm

Trustee to prepare TFR

October 16, 2014, 01:36 pm


Trustee to review claims and file final report.

October 17, 2013, 02:24 pm


Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 03/31/15


      /s/    GINA B. KROL

_____ Date: 05/05/15

      GINA B. KROL

Page: 1

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 07-13696 -DRC | | Trustee Name: | GINA B. KROL | |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******4451 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******2782 | | | | |
| For Period Ending: | 05/05/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/07 | 2 | LaSalle National Bank | Ending bank account balance | 1129-000 | 4,411.21 | | 4,411.21 |
| | | 135 S. LaSalle St. | | | | | |
| | | Chicago, IL 60603 | | | | | |
| * 08/29/07 | 4 | various accounts receivable | A/R | 1121-003 | 21,404.70 | | 25,815.91 |
| | | | Account Receivable due Debtor | | | | |
| 08/29/07 | 4 | Schueler's Custom Carpentry | A/R | 1121-000 | 98.54 | | 25,914.45 |
| | | 3N584 IL Rt. 47 | Account Receivable due Debtor | | | | |
| | | Maple Park, IL 60151 | | | | | |
| 08/30/07 | 4 | Dresser Piping Specialities | A/R | 1121-000 | 310.28 | | 26,224.73 |
| | | 41 Fisher Ave. | Account Receivable due Debtor | | | | |
| | | Bradford, PA 16701 | | | | | |
| 08/30/07 | 4 | Steppenwolf Theatre Company | A/R | 1121-000 | 132.20 | | 26,356.93 |
| | | 758 W. North Ave. | Account Receivable due Debtor | | | | |
| | | Chicago, IL 60610 | | | | | |
| 08/30/07 | 4 | Charlestowne Kitchen & Bath | A/R | 1121-000 | 864.33 | | 27,221.26 |
| | | 1519 E. Main St. | Account Receivable due Debtor | | | | |
| | | St. Charles, IL 60174 | | | | | |
| 09/04/07 | 4 | Stern Pinball, Inc. | A/R | 1121-000 | 235.95 | | 27,457.21 |
| | | 2020 Janice Ave. | Account Receivable due Debtor | | | | |
| | | Melrose Park, IL 60160 | | | | | |
| 09/04/07 | 4 | Stevens Exhibits /Display, Inc. | A/R | 1121-000 | 60.51 | | 27,517.72 |
| | | 3900 S. Union Ave. | Account Receivable due Debtor | | | | |
| | | Chicago, IL 60609 | | | | | |
| 09/04/07 | 4 | Fritkin-Jones Design Group, Inc. | A/R | 1121-000 | 427.41 | | 27,945.13 |
| | | 3300 W. Franklin Blvd. | Account Receivable due Debtor | | | | |
| | | Chicago, IL 60624 | | | | | |
| 09/04/07 | 4 | Riverton Custom Cabinetry | A/R | 1121-000 | 199.50 | | 28,144.63 |
| | | 22000 Schoolhouse Rd. | Account Receivable due Debtor | | | | |
| | | New Lenox, IL 60451 | | | | | |
| 09/04/07 | 4 | Magnetrol International Inc. | A/R | 1121-000 | 84.95 | | 28,229.58 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13696 -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| | |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 05/05/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Downers Grove, IL  60515 | Account Receivable due Debtor | | | | |
| 09/04/07 | 4 | Randal Displays Inc. | A/R | 1121-000 | 186.00 | | 28,415.58 |
| | | 507 N. Raddant Rd. | Account Receivable due Debtor | | | | |
| | | Batavia, IL 60510 | | | | | |
| 09/04/07 | 4 | TLC Industries, Inc. | A/R | 1121-000 | 895.00 | | 29,310.58 |
| | | 815 Lunt Ave. | Account Receivable due Debtor | | | | |
| | | Schaumburg, IL 60193 | | | | | |
| 09/04/07 | 4 | Jamie Kain | A/R | 1121-000 | 200.00 | | 29,510.58 |
| | | 220 Gold River Ave. | Account Receivable due Debtor | | | | |
| | | Rockford, IL 61102 | | | | | |
| 09/10/07 | 6 | American Auction Associates, Inc. | Sale of 2004 Chevy Van | 1129-000 | 9,250.00 | | 38,760.58 |
| | | 8515 S. Thomas Ave; | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 09/10/07 | 4 | American Auction Associates, Inc. | A/R | 1121-000 | 149.64 | | 38,910.22 |
| | | on behalf of SB Woodworking | Account Receivable due Debtor | | | | |
| 09/13/07 | 4 | Marvel Office Furniture | A/R | 1121-000 | 800.00 | | 39,710.22 |
| | | 3843 W. 43rd St. | Account Receivable due Debtor | | | | |
| | | Chicago,IL 60632 | | | | | |
| 09/13/07 | 4 | Triad Boiler Systems | A/R | 1121-000 | 65.45 | | 39,775.67 |
| | | 1099 Atlantic Drive, Unit 2 | Account Receivable due Debtor | | | | |
| | | West Chicago, IL  60185 | | | | | |
| 09/13/07 | 000301 | Hawthorne Credit Union | Payoff of vehicle | 4220-000 | | 7,640.79 | 32,134.88 |
| | | 1519 N. Naper Boulevard | | | | | |
| | | Naperville, IL  60563 | | | | | |
| 09/17/07 | 4 | ASP | A/R | 1121-000 | 587.50 | | 32,722.38 |
| | | 6312 W. 74th St. | Account Receivable due Debtor | | | | |
| | | Chicago, IL  60638 | | | | | |
| 09/17/07 | 4 | Chicago Panel & Truss | A/R | 1121-000 | 1,346.14 | | 34,068.52 |
| | | 875 Aurora Ave. | Account Receivable due Debtor | | | | |
| | | Aurora, IL 60505 | | | | | |
| 09/17/07 | 4 | Armor Tile & Supply | A/R | 1121-000 | 1,584.70 | | 35,653.22 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 07-13696  -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2782 | | |
| For Period Ending: | 05/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 13700 S. Cicero Ave. Crestwood, IL  60445 | Account Receivable due Debtor | | | | |
| 09/19/07 | 4 | Fence Masters, Inc. | A/R | 1121-000 | 1,495.00 | | 37,148.22 |
| | | P.O. Box 640 20400 S. Cottage Grove Chicago Heights, IL  60412 | Account Receivable due Debtor | | | | |
| 09/19/07 | 4 | Randal Display, Inc. | A/R | 1121-000 | 348.50 | | 37,496.72 |
| | | 507 Raddant Rd. Batavia, IL  60515 | Account Receivable due Debtor | | | | |
| 09/19/07 | 4 | Superior Stairs, Inc. | A/R | 1121-000 | 292.71 | | 37,789.43 |
| | | 116 E. Washington St., Ste. 1 Morris, IL  60450 | Account Receivable due Debtor | | | | |
| 09/19/07 | 4 | Main Steel Polishing Company, Inc. | A/R | 1121-000 | 1,622.10 | | 39,411.53 |
| | | 2 Hance Ave. Tinton Falls, NJ  07724 | Account Receivable due Debtor | | | | |
| 09/20/07 | 8, 9 | American Auction Associates, Inc. | | 1129-000 | 47,544.65 | | 86,956.18 |
| | | 8515 S. Thomas Ave. Bridgeview, IL  60455 | | | | | |
| 09/20/07 | 4 | Chicago Mettallic Corp. | A/R | 1121-000 | 83.95 | | 87,040.13 |
| | | 4849 S. Austin Ave. Chicago, IL  60638 | Account Receivable due Debtor | | | | |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 25.43 | | 87,065.56 |
| 10/02/07 | 4 | Central Specialties | A/R | 1121-000 | 216.50 | | 87,282.06 |
| | | 220-D Exchange Dr. Crystal Lake, IL  60014 | Account Receivable due Debtor | | | | |
| 10/02/07 | 4 | Clarin | A/R | 1121-000 | 837.00 | | 88,119.06 |
| | | 927 N. Shore Dr. Lake Bluff, IL  60044 | Account Receivable due Debtor | | | | |
| 10/02/07 | 4 | Pyramid Custom Cabinets | A/R | 1121-000 | 1,470.80 | | 89,589.86 |
| | | 20713 W. Gaskin Dr. Lockport, IL  60441 | Account Receivable due Debtor | | | | |

Page:   4

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-13696  -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| | |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 05/05/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/08/07 | 4 | Central Specialties, Ltd.<br>220-D Exchange Dr.<br>Crystal Lake, IL | A/R<br>Account Receivable due Debtor | 1121-000 | 84.65 | | 89,674.51 |
| | 10/08/07 | 4 | Fort Dearborn<br>4115 W. St. Charles Rd.<br>Bellwood, IL  60104 | A/R<br>Account Receivable due Debtor | 1121-000 | 307.00 | | 89,981.51 |
| | 10/10/07 | 4 | Triad Boiler Systems<br>1099 Atlantic Drive, Unit 2<br>West Chicago, IL  60185 | A/R<br>Account Receivable due Debtor | 1121-000 | 143.45 | | 90,124.96 |
| * | 10/15/07 | 4 | various accounts receivable | A/R<br>trustee is reversing entry because one check in the amount of $875.99 in the "batch" deposit did not clear. | 1121-003 | -21,404.70 | | 68,720.26 |
| | 10/15/07 | 4 | TLC Industries, Inc.<br>815 Lunt Ave.<br>Schaumburg, IL  60193 | A/R<br>Account Receivable due Debtor | 1121-000 | 735.00 | | 69,455.26 |
| * | 10/15/07 | 4 | Brueckner Framing Inc.<br>661 Plum Street<br>DeKalb, IL  60115 | A/R<br>Account Receivable due Debtor, replaces previously tendered check which was deposited on 8/29/07 by trustee but did not clear | 1121-003 | 875.99 | | 70,331.25 |
| * | 10/15/07 | 4 | Brueckner Framing Inc.<br>661 Plum Street<br>DeKalb, IL  60115 | A/R | 1121-003 | -875.99 | | 69,455.26 |
| | 10/15/07 | 4 | Various A/R | | 1121-000 | 21,404.70 | | 90,859.96 |
| * | 10/15/07 | | Brueckner Framing, Inc.<br>661 Plum Street<br>DeKalb, IL  60115 | A/R<br>Account Receivable due Debtor, replaces previously issued check which did not clear.  Original check was contained in "batch" a/r deposit dated 8/29/07. | 1121-003 | 875.99 | | 91,735.95 |
| * | 10/15/07 | | Reverses Adjustment IN on 10/15/07 | A/R | 1121-003 | -875.99 | | 90,859.96 |
| * | 10/15/07 | | Various A/R | Various A/R<br>Trustee makes this adjustment to account for | 1121-003 | 20,528.71 | | 111,388.67 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Ver: 18.04

FORM 2                                                                                                        Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-13696 -DRC | |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | |

Taxpayer ID No: *******2782
For Period Ending: 05/05/15

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4451  Money Market Account (Interest Earn |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/15/07 | | Reverses Adjustment IN on 10/15/07 | reversal of deposit dated 8/29/07 which contained a check in the amount of $875.99 which did not clear Various A/R Entered in Error | 1121-003 | -20,528.71 | | 90,859.96 |
| 10/22/07 | 4 | Castle Craft Products P.O. Box 7286 Villa Park, IL  60181 | A/R Account Receivable due Debtor | 1121-000 | 62.50 | | 90,922.46 |
| 10/22/07 | 4 | Rivetron Custom Cabinetry 22000 Schoolhouse Rd. New Lenox, IL 60451 | A/R Account Receivable due Debtor | 1121-000 | 102.50 | | 91,024.96 |
| 10/22/07 | 000302 | American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL  60655 | Auctioneer Expenses per Court Order | 3620-000 | | 6,435.94 | 84,589.02 |
| 10/31/07 | 4 | Fritkin-Jones Design Group 3300 W. Franklin Blvd. Chicago, IL 60624 | A/R Account Receivable due Debtor | 1121-000 | 150.06 | | 84,739.08 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 56.72 | | 84,795.80 |
| 11/19/07 | 4 | Fritkin-Jones Design Group, Inc. 3300 W. Franklin Blvd. Chicago, IL 60624 | A/R Account Receivable due Debtor | 1121-000 | 647.79 | | 85,443.59 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 45.46 | | 85,489.05 |
| 12/05/07 | 4 | Coca Cola Bottling Company | A/R Account Receivable due Debtor | 1121-000 | 38.91 | | 85,527.96 |
| 12/11/07 | 4 | Main Steel Polishing Company, Inc. 2 Hance Ave. Tinton Falls, NJ  07724 | A/R Account Receivable due Debtor | 1121-000 | 359.00 | | 85,886.96 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 40.97 | | 85,927.93 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 34.05 | | 85,961.98 |
| 02/11/08 | 000303 | International Sureties, Ltd. Suite 420 701 Poydras Street | | 2300-000 | | 80.84 | 85,881.14 |

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-13696  -DRC | Trustee Name: GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Bank Name: BANK OF AMERICA, N.A. |
| | | Account Number / CD #: *******4451  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2782 | |
| For Period Ending: | 05/05/15 | Blanket Bond (per case limit):  $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 02/12/08 | 4 | Blakeslee | A/R | 1121-000 | 383.55 | | 86,264.69 |
| | | 1844 S. Laramie Ave. | Account Receivable due Debtor | | | | |
| | | Cicero, IL  60804 | | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 20.46 | | 86,285.15 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 20.39 | | 86,305.54 |
| 04/25/08 | 000304 | Gina B. Krol | trustee fee per court order | 2100-000 | | 8,050.23 | 78,255.31 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000305 | Gina B. Krol | Atty Fees per Court Order | 3110-000 | | 1,193.75 | 77,061.56 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000306 | Cohen & Krol | atty fees per court order | 3110-000 | | 2,387.50 | 74,674.06 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000307 | Cohen & Krol | atty expenses per ct order | 3320-000 | | 154.51 | 74,519.55 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 04/25/08 | 000308 | Amcore Bank | Interim Payment to Secured Creditor | 4210-000 | | 60,000.00 | 14,519.55 |
| | | c/o Mr. Fred Harbecke | Per Court Order | | | | |
| | | 29 S. LaSalle St., Ste. 945 | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 16.98 | | 14,536.53 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.84 | | 14,538.37 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.80 | | 14,540.17 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.85 | | 14,542.02 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.84 | | 14,543.86 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.80 | | 14,545.66 |
| 10/07/08 | 4 | Shiffler Builders | A/R | 1121-000 | 337.87 | | 14,883.53 |
| | | 25 E. North Ave. | Account Receivable due Debtor | | | | |
| | | Naperville, IL  60540 | | | | | |

FORM 2    Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-13696  -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******4451  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******2782 | | | | | |
| For Period Ending: | 05/05/15 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/07/08 | 4 | Wall Tech Siding, Inc. | A/R | 1121-000 | 115.26 | | 14,998.79 |
| | | 43 w 414 Hawkeye Dr. | Account Receivable due Debtor | | | | |
| | | Elburn, IL  60119 | | | | | |
| 10/07/08 | 4 | Colony, Inc. | A/R | 1121-000 | 3,538.10 | | 18,536.89 |
| | | 2500 Glavin Drive | Account Receivable due Debtor | | | | |
| | | Elgin, IL  60124 | | | | | |
| 10/07/08 | 4 | James H. McCloud | A/R | 1121-000 | 62.42 | | 18,599.31 |
| | | 5 N. Sleight | Account Receivable due Debtor | | | | |
| | | Naperville, IL  60563 | | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.65 | | 18,600.96 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.52 | | 18,602.48 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.94 | | 18,603.42 |
| 01/05/09 | 4 | Rock Solid Installations, Inc. | A/R | 1121-000 | 112.92 | | 18,716.34 |
| | | 1274 S. Lloyd Ave. | Account Receivable due Debtor | | | | |
| | | Lombard, IL60148 | | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,716.49 |
| 02/17/09 | 000309 | International Sureties Ltd. | BOND | 2300-000 | | 14.57 | 18,701.92 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,702.06 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,702.22 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 18,702.63 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,703.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,703.57 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,704.05 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,704.53 |
| 09/02/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 18,704.55 |
| 09/02/09 | | Transfer to Acct #*******9925 | Final Posting Transfer | 9999-000 | | 18,704.55 | 0.00 |
| * 04/01/14 | 000310 | International Sureties Ltd. | BOND | 2300-003 | | 0.77 | -0.77 |
| | | Suite 420 | BOND | | | | |

FORM 2                                                                                                Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13696  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4451  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2782 | | |
| For Period Ending: | 05/05/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/03/15 | 000310 | 701 Poydras St.<br>New Orleans, LA  70139<br>International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND | 2300-003 | | -0.77 | 0.00 |
| 02/18/15 | | LaSalle Bank<br><br>LA SALLE BANK | Bank Accounts<br>Funds were set off by secured creditor<br>    Memo Amount:        36,500.00<br>Bank Accounts<br>Debtor Bank Account turned over to Secured<br>Creditor | 1129-000 | 36,500.00 | | 36,500.00 |
| * 02/18/15 | 000311 | Amcore Bank | Set Off of Secured Claim | 4210-003 | | 36,500.00 | 0.00 |
| * 02/18/15 | 000311 | Amcore Bank | Set Off of Secured Claim | 4210-003 | | -36,500.00 | 36,500.00 |
| 02/18/15 | | Amcore Bank | Bank Set Off | 4210-000 | | 36,500.00 | 0.00 |

|  | Account   *******4451 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 51 | Deposits | 140,886.20 | 13 | Checks | 85,958.13 |
| | 25 | Interest Postings | 276.48 | 1 | Adjustments Out | 36,500.00 |
| | | | | 1 | Transfers Out | 18,704.55 |
| | | Subtotal | $    141,162.68 | | | |
| | | | | | Total | $    141,162.68 |
| Memo Allocation Receipts: | 36,500.00 | | | | | |
| Memo Allocation Disbursements: | 0.00 | 4 | Adjustments In | 0.00 | | |
| | | 0 | Transfers In | 0.00 | | |
| Memo Allocation Net: | 36,500.00 | | | | | |
| | | Total | $    141,162.68 | | | |

LFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 18.04

FORM 2                                                                              Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| Case No: | 07-13696  -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9925  BofA - Checking Account |
| Taxpayer ID No: | *******2782 | | | |
| For Period Ending: | 05/05/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/09 | | Transfer from Acct #*******4451 | Final Posting Transfer | 9999-000 | 18,704.55 | | 18,704.55 |
| 09/02/09 | 003001 | Gina B. Krol | 506(c) fees per court order | 2100-000 | | 2,312.91 | 16,391.64 |
| | | 105 W. Madison St. | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 09/02/09 | 003002 | Amcore Bank | Balance of Collateral per Order | 4210-000 | | 16,391.64 | 0.00 |
| | | c/o  Mr.  Fred Harbecke | | | | | |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 945 | | | | | |
| | | Chicago, IL  60602 | | | | | |

|  | Account    *******9925 | Balance Forward | 0.00 | | 2 | Checks | 18,704.55 |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | | 0 | Adjustments Out | 0.00 |
| | 0 | Interest Postings | 0.00 | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $        0.00 | | | | |
| Memo Allocation Receipts:  0.00 | 0 | Adjustments In | 0.00 | | | Total | $    18,704.55 |
| Memo Allocation Disbursements:  0.00 | 1 | Transfers In | 18,704.55 | | | | |
| Memo Allocation Net:  0.00 | | Total | $    18,704.55 | | | | |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*                                Ver: 18.04

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13696  -DRC |
| Case Name: | INDUSTRIAL STAPLE SALES AND CONSTRU |
| | |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 05/05/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9925  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 36,500.00 | | |
| Total Allocation Disbursements: | 0.00 | | |
| Total Memo Allocation Net: | 36,500.00 | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 51 | Deposits | 140,886.20 | | 15 | Checks | 104,662.68 |
| 25 | Interest Postings | 276.48 | | 1 | Adjustments Out | 36,500.00 |
| | | | | 1 | Transfers Out | 18,704.55 |
| | Subtotal | $ | 141,162.68 | | | |
| | | | | | Total | $  159,867.23 |
| 4 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 18,704.55 | | | | |
| | Total | $ | 159,867.23 | | Net Total Balance | $   0.00 |

| | | |
|---|---|---|
| | /s/   GINA B. KROL | |
| Trustee's Signature: | _____ | Date: 05/05/15 |
| | GINA B. KROL | |

LFORM2T4  **UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

Ver: 18.04